IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WIKA INSTRUMENT I, LP,　　　)
f/k/a WIKA INSTRUMENT　　　　)
CORPORATION,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　　　)　　Civil Action No. 1:13-cv-00043
　　　　　　v.　　　　　　　　　)
　　　　　　　　　　　　　　　)
ASHCROFT, INC.,　　　　　　　)
　　　　　　　　　　　　　　　)　　Jury Trial Requested
　　　　　　　Defendant.　　　　)
_____)

## FIRST AMENDED COMPLAINT

Plaintiff WIKA INSTRUMENT I, LP, f/k/a WIKA Instrument Corporation

n/k/a WIKA INSTRUMENT LP ("WIKA") hereby states its complaint against

ASHCROFT, INC. ("Ashcroft" or "Defendant").

## INTRODUCTION

Ashcroft is knowingly and publicly misrepresenting the flammability,

durability, inherent quality and safety of WIKA's market-leading XSEL® pressure

gauges.   In advertisements and elsewhere, Ashcroft falsely claims that its

Duragauge pressure gauges are safer and last longer than WIKA's XSEL® gauges.

Yet, the opposite is true: 1) WIKA gauges are safer and last longer than Ashcroft

gauges; 2) WIKA gauges are less flammable than Ashcroft gauges; and 3) the Ashcroft Duragauge gauge has serious safety issues when exposed to open flames.

Ashcroft is misleading the public to seize market share from WIKA and damage WIKA's reputation with members of the oil, gas, chemical, petrochemical and refining markets who purchase and use WIKA gauges. In so doing, Ashcroft is touting flammability tests and "after" photographs purportedly comparing WIKA and Ashcroft gauges after being exposed to flame and/or heat. The tests are not scientifically reliable, were manipulated to favor Ashcroft, and do not support Ashcroft's conclusion that WIKA's gauges are unsafe and Ashcroft's are safe. The photograph comparison itself is doctored, and literally false. Ashcroft is also advertising that its Duragauge gauge case is made solely of phenolic material when the rear cover of the case is made from thermoplastic material instead. Ashcroft is also touting durability tests to claim that its gauges have longer life spans than WIKA's gauges, but the tests are not scientifically reliable, are outdated and do not support Ashcroft's conclusion that WIKA's gauges are not as durable and safe as Ashcroft's gauges.

Ashcroft's behavior is textbook consumer deception designed to cause confusion and doubt in the marketplace about WIKA. Ashcroft's false advertising

violates the federal Lanham Act and state unfair competition laws, should be enjoined and WIKA should be awarded damages and Ashcroft's profits.

## THE ACTION

### 1.

This is a false advertising, unfair competition and tortious interference action for damages and injunctive relief; specifically, that WIKA be granted trebled monetary damages, punitive damages, Ashcroft's profits from its false ads, the cost for WIKA to disseminate corrective advertising and WIKA's attorney's fees, and that Ashcroft be ordered to gather and recall its false ads and destroy them, with Ashcroft enjoined from issuing the false advertising again.

### 2.

This action is brought under the federal Lanham Act, 15 U.S.C. §§ 1125 et seq., O.C.G.A. § 10-1-372, C.G.S.A. § 42-110a et seq. and Georgia common law.

## PARTIES

### 3.

WIKA is a Georgia limited partnership with its principal place of business located at 1000 Wiegand Boulevard, Lawrenceville, Georgia 30043.

4.

Defendant Ashcroft is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Stratford, Connecticut. Ashcroft may be served with process on its registered agent, Corporate Service Company at 50 Weston Street, Hartford, Connecticut 06120-1537, and through its attorneys of record in this action.

5.

Ashcroft's parent company is Nagano Keiki Holdings, Ltd.

## JURISDICTION AND VENUE

6.

Ashcroft markets, sells and distributes products in the State of Georgia and actively solicits and conducts business in the State of Georgia and within this judicial district.

7.

This Court has personal jurisdiction over Ashcroft.

8.

This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. §§ 1121(a) and 1125(a) and 28 U.S.C. § 1367.

9.

Jurisdiction and venue are proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) because the claims set forth below arose in this District and Defendant has sufficient contacts with the State to subject it to personal jurisdiction.

## FACTUAL BACKGROUND

### WIKA's Pressure Gauge Business

10.

WIKA is a global manufacturer and supplier of pressure and temperature measurement instruments, including pressure gauges, which it markets and sells throughout the United States and internationally to companies that regularly deal with highly combustible materials. This includes the oil, gas, chemical, petrochemical and refining markets ("Refinery Industry").

11.

WIKA has devoted significant time and resources to develop and promote its pressure gauges and the WIKA brand throughout the Refinery Industry.

12.

WIKA's gauges are known throughout the Refinery Industry due to their high-quality and superior ratings for safety and flammability.  WIKA's market share in the Refinery Industry has increased over the last five (5) years.

13.

Generally, a pressure gauge is comprised of the following components: a case to protect the gauge internals; a Bourdon tube pressure sensing element; a movement to convert motion from the sensing element to the pointer which indicates the pressure on a dial; a lens or window to protect the dial and pointer; and a connector to attach the gauge to the device or system being monitored.

14.

The WIKA XSEL® Process Gauge is a pressure gauge that WIKA promotes and sells to customers in the Refinery Industry.  WIKA's XSEL® Process Gauge is available in different types: Types 212.34, 222.34, 232.34 and 262.34, having a dry case, and Types 213.34, 223.34, 233.34 and 263.34, having a liquid-filled case.

15.

The outer case of WIKA's XSEL® Process Gauges is made of  a Polybutylene Terephthalate ("PBT") named Pocan (manufactured by Lanxess), which is a fiberglass reinforced thermoplastic material.

16.

A gauge's flammability and fire safety characteristics are important material factors in the Refinery Industry consumer's purchasing decision when considering pressure gauges.  The relative flammability and safety of a gauge are indicative of the inherent quality of that particular gauge.

17.

The flammability and fire safety characteristics of pressure gauges include their temperature resistance, thermal stability, flame resistance, burn time and ability to self-extinguish rapidly.  These characteristics are significant considerations for pressure gauge consumers because fires are a serious risk in the oil, gas, chemical, petrochemical and refining markets.

18.

A gauge's durability characteristics are also important material factors in the Refinery Industry consumer's purchasing decision when considering pressure gauges.  The relative durability and safety of a gauge are indicative of the inherent quality of that particular gauge.

**Ashcroft Has Been Losing Business To WIKA For Years**

19.

Ashcroft manufactures and sells pressure and temperature measurement instrumentation to Refinery Industry consumers worldwide. WIKA and Ashcroft directly compete in the Refinery Industry pressure gauge market.

20.

Ashcroft's Type 1279 Duragauge pressure gauge competes with WIKA's XSEL® Process Gauges for sales and market share in the Refinery Industry.

21.

In recent years, WIKA's market share in the Refinery Industry has increased due to its products' superior quality, safety, flammability characteristics and price.

22.

Much of WIKA's increased market share has come at Ashcroft's expense.

**Ashcroft's Ads Misrepresent Its And WIKA's Gauges**

***Ashcroft's Ads Misrepresent the Flammability and Fire Safety of the Gauges***

23.

Ashcroft's Type 1279 Duragauge case is comprised of various materials, including a phenolic material named Plenco, aluminum and polypropylene. <u>See</u> Ashcroft "Bulletin PL-1", attached as Exhibit A, at 2.

24.

In 2012, Ashcroft began disseminating comparative advertising materials contending that Ashcroft's Type 1279 Duragauge has better flammability characteristics and is safer than WIKA's XSEL® Process Gauges based on purported testing, and because WIKA's gauges have thermoplastic cases and Ashcroft's do not.

25.

Ashcroft's advertising also touts that its Type 1279 Duragauge is comprised of a "… phenolic case for superior chemical and heat resistance.  Solid-front case design with blow-out back for safety."

26.

In the Spring of 2012, Ashcroft published a brochure identified as "Page: DU/PI-74", a true and correct copy of which is attached as Exhibit B ("Ashcroft Brochure"; collectively, with the materials referenced in Paragraphs 24 and 25, "Flammability Advertising Material").

27.

The Ashcroft Brochure has the title: "ASHCROFT® TYPE 1279 DURAGUAGE® PRESSURE GAUGE WITH PHENOL CASE VERSUS COMPETITIVE THERMOPLASTIC CASE."  Exhibit B at 1.

28.

The first page of the Ashcroft Brochure includes the following statements:

… Ashcroft process gauge competitors use thermoplastics for their cases …

The Ashcroft Type 1279 case is made of a PLENCO 02370, Black Phenolic Resin. … Typically, phenolic doesn't burn, but instead will 'char', breaking down to form ash and giving off a little smoke.

'Thermoplastics', like Pocan (Polybutylene Terephthalate) on the other hand, will melt when exposed to heat. …

Thermoplastics are also more likely to burn than thermosets. … When thermoplastics burn, the material will melt, creating a pool of burning liquid, or even worse, spattering burning molten plastic onto nearby surfaces.

Exhibit B at 1.

29.

On page 2 of the Ashcroft Brochure, Ashcroft further states that:

**Flammability Testing:**

… Ashcroft has conducted a number of open flame tests comparing the performance of Wika, US Gauge, and Ashcroft Type 1279 process gauges when exposed to the flame of a laboratory burner for a period of 10 seconds.  The case material of both the Wika and US Gauge burned intensely when contacted with the flame, posing a risk of spreading a fire.  In contrast, the phenolic case of the Ashcroft 1279 did not burn and case integrity was not compromised.

Exhibit B at 2.

30.

The literal and necessarily implied message of the above-identified statements set forth on pages 1 and 2 of the Ashcroft Brochure is that WIKA gauges "will melt, creating a pool of burning liquid … spattering burning molten plastic" and "pos[e] a risk of spreading a fire" when exposed to direct flame or high temperatures.  This message is literally false:  a) Ashcroft's statements are not based on scientifically reliable testing; b) on investigation and belief, Ashcroft's statements are contradicted by scientifically reliable testing; c) the test results cited by Ashcroft do not support the conclusions stated in the Aschroft Brochure; and d) Ashcroft's Type 1279 Duragauge melts when exposed to open flame.

31.

Page 3 of the Ashcroft Brochure states in a subsection entitled "Elevated Temperature Testing" that:

Ashcroft has performed extensive thermal testing on the Type 1279 Duragauge process gauge with a phenolic case.  No ill effects were noted up to temperatures of 500°F (260°C).  In excess of 500°F (260°C) a noticeable odor is produced…at 700°F (371°C) some smoke is produced.  At 750°F (399°C) the phenolic case will char…

In one experiment an Ashcroft Type 1279 with a phenolic case, and the competitor's gauges with a thermoplastic case, were heated to 550ºF for 30 minutes.  After the test, the Ashcroft Type 1279 was relatively undamaged and the gauge was fully functional. …

*Figure 2:*  Both the Wika and U.S. Gauge with a thermoplastic case completely melted making the gauges non-functional.  When in

contact with a direct flame, both competitors' gauges with a thermoplastic case have the potential to spread a fire.

Exhibit B at 3.

32.

The literal and necessary implication of Page 3 of the Ashcroft Brochure, "Elevated Temperature Testing" is that all WIKA gauges are flammable at high temperatures, they will likely spread fires if exposed to fire and they are unsafe; and yet Ashcroft gauges are not flammable, do not have the potential to spread a fire, they remain fully functional during fires and they are safer than WIKA gauges. This literal and necessary implication is literally false as: a) Ashcroft's statements are not based on scientifically reliable testing; b) on investigation and belief, Ashcroft's statements are contradicted by scientifically reliable testing; c) and the test results cited by Ashcroft do not support the conclusions stated in the Ashcroft Brochure.

33.

Page 3 of the Ashcroft Brochure contains the following picture within the "Elevated Temperature Testing" subsection (the "After Picture"):



  WIKA XSEL 232.34          ASHCROFT 1279          US Gauge 1981

Figure 2:

*Gauges elevated to an ambient temperature of 550°F  (288°C) for 30 minutes. Both competitive gauge cases, (Wika and US Gauge) above melted as shown. If exposed to a direct flame, the potential to spread a fire exists. In contrast, the integrity of the Type 1279 Duragauge case (Ashcroft) remained intact and did not melt. Gauge calibration was checked before and after the test. The Type 1279 was fully functional and remained within tolerance. (note: the acrylic front ring fully melted causing the gauge window to be unsecured into the gauge case)*

Exhibit B at 3.

34.

The literal and necessary implication of the After Picture and accompanying caption is that scientifically reliable and market-relevant testing proves that all WIKA gauges are flammable and melt at high

temperatures or when subjected to direct flame, that they become inoperable when exposed to heat and they will likely spread fires and that they are therefore unsafe; yet Ashcroft gauges are not flammable, they do not have the potential to spread a fire, they remain fully functional during fires, they do not melt and they are therefore safer than WIKA gauges. This message and the After Picture are literally false as: a) the pictures of gauges shown on Page 3 are doctored; b) the After Picture does not reflect scientifically reliable testing or the testing allegedly done by Ashcroft; c) on investigation and belief, the After Picture is contradicted by actual pictures of WIKA and Ashcroft gauges subjected to the tests purportedly performed by Ashcroft; d) the pictures present a false comparison; and e) the caption's suggestion that Ashcroft's elevated temperature testing proves that "[i]f exposed to a direct flame, the potential to spread a fire exists" -- yet the Type 1279 Duragauge does not melt when exposed to direct flame -- is false as it is factually untrue and the conclusions stated in the caption are not supported by scientifically reliable testing or the testing allegedly done by Ashcroft.

***Taken Both In Context And Individually, Ashcroft's Flammability Advertising Material Makes Literally False, Deceptive And Misleading Claims About WIKA's And Ashcroft's Gauges***

35.

Ashcroft's Brochure makes direct comparisons between the Type 1279 Duragauge pressure gauge and WIKA's Type 232.34 XSEL® Process Gauge. Ashcroft's Brochure also makes comparisons to any type of WIKA XSEL® Process Gauges which uses Pocan thermoplastic material by referencing the Pocan thermoplastic material used in WIKA's gauges.  See Exhibit B.

36.

Ashcroft's Brochure also references various tests as supporting the claims asserted in the Flammability Advertising Material.

37.

Accordingly, Ashcroft's Brochure is a comparative advertisement that makes establishment or "tests prove" claims.

38.

Ashcroft's Flammability Advertising Material is literally false, misleading and deceptive.

39.

Ashcroft's Flammability Advertising Material falsely and explicitly states and/or falsely states by necessary implication that:

- WIKA's XSEL® Process Gauges are not safe at high temperatures or when exposed to direct flame and they contribute to spreading fires;

- Ashcroft's Type 1279 Duragauge is safe at high temperatures and when exposed to direct flame and it does not contribute to spreading fires;

- Ashcroft's Type 1279 Duragauge does not have the potential to spread fires; and

- Legitimate scientific testing proves that WIKA's gauges are unsafe and that Ashcroft's gauges are safer than WIKA's gauges.

40.

Ashcroft's Flammability Advertising Material is false and misleading because it asserts that Ashcroft's gauges are safe and WIKA's gauges are unsafe, yet the truth is that:

- WIKA's XSEL® Process Gauges are safe at high temperatures and when exposed to direct flame and they do not contribute to spreading fires;

- Ashcroft's Type 1279 Duragauge is not as safe at high temperatures, or when exposed to direct flame, as Ashcroft claims and/or implies;

- Ashcroft's Type 1279 Duragauge has the potential to spread fires; and

- Ashcroft's testing is not sufficiently reliable, does not support Ashcroft's claims, and Ashcroft either failed to conduct the appropriate tests, failed to

properly conduct the applicable tests or intentionally failed to disclose the complete results.

41.

The Type 1279 Duragauge pressure gauge does not offer temperature resistance and thermal stability superior to WIKA's XSEL® Process Gauges.

42.

WIKA's XSEL® Process Gauges do not "creat[e] a pool of burning liquid, or even worse, spatter[] burning molten plastic onto nearby surfaces" as claimed in the Ashcroft Brochure.

43.

Upon information and belief, the testing conducted and relied on by Ashcroft is not scientifically reliable, does not comply with applicable test standards, does not meet any reliable safety standard, and does not support Ashcroft's conclusions that its Duragauge gauges are totally safe and do not have the potential to spread fires, or that WIKA's XSEL® Process Gauges are unsafe.

44.

Upon information and belief, Ashcroft failed to disclose the complete results of the testing conducted and relied on by Ashcroft.

45.

Upon information and belief, the back portion of the case and window ring of Ashcroft's Type 1279 Duragauge pressure gauge was removed before conducting the tests referenced in Ashcroft's Flammability Advertising Material because Ashcroft knew that the back portion of the case and the window ring would catch fire and burn when tested, causing a fire safety hazard. Alternatively, on information and belief, if Ashcroft did not remove the back portion of the case and/or window ring before conducting the tests, the Ashcroft Type 1279 Duragauge pressure gauge appearing in the After Picture was not the gauge actually tested or was cleaned to remove the melted case back and window ring before being photographed.

46.

The After Picture and caption underneath stating that "the integrity of the Type 1279 Duragauge case remained intact and did not melt" are literally false, deceptive and misleading because, on investigation and belief, Ashcroft removed the back portion of the case and window ring before conducting the claimed flammability test.

47.

Upon information and belief, the picture on page 3 of Ashcroft's Flammability Advertising Material does not show the actual Ashcroft Type 1279 Duragauge pressure gauge that was used in the referenced test; if it does, Ashcroft cleaned the gauge to remove the melted case material before photographing the gauge.

48.

Ashcroft's Type 1279 Duragauge pressure gauge case poses a greater risk of spreading fire than the WIKA XSEL® Process Gauge case.

49.

When considered in full context, Ashcroft's Flammability Advertising Material unambiguously and necessarily conveys and implies that WIKA's XSEL® Process Gauge is unsafe and dangerously flammable. This advertising claim by Ashcroft is literally false, both explicitly and by necessary implication.

50.

When considered in full context, Ashcroft's Flammability Advertising Material unambiguously and necessarily implies that Ashcroft's Type 1279 Duragauge pressure gauge is safer than WIKA's XSEL® Process Gauge, and/or Ashcroft's gauge does not have the potential to spread fires, but WIKA's gauges

are likely to spread fires in a refinery fire environment.  This advertising claim by Ashcroft is literally false, both explicitly and by necessary implication.

51.

When considered in full context, Ashcroft's Flammability Advertising Material unambiguously and necessarily implies that scientific testing establishes that WIKA's XSEL® Process Gauges are unsafe and likely to spread fires in a refinery fire environment, and that Ashcroft's Type 1279 Duragauge pressure gauge is safer than WIKA's XSEL® Process Gauges, and/or Ashcroft's gauge does not have the potential to spread fires in a refinery fire environment.  This advertising claim by Ashcroft is literally false, both explicitly and by necessary implication.

52.

When considered in full context, Ashcroft's Flammability Advertising Material asserts the message and gist that WIKA gauges are of inferior quality, unsafe and not suited for use in a refinery environment, and that Ashcroft gauges are of superior quality, safe, cannot spread fires and are perfectly safe and better suited than WIKA gauges for use in a refinery environment.  The unambiguous message and gist of the Flammability Advertising Material is not opinion, but instead an asserted statement of fact that is literally false.

53.

The tests Ashcroft cites and relies on to assert that WIKA gauges are of inferior quality, unsafe and not suited for use in a refinery environment, and that Ashcroft gauges are of superior quality, safe, cannot spread fires and are perfectly safe and better suited than WIKA gauges for use in a refinery environment, are not sufficiently reliable to be relied upon, nor do the tests support the messages and gist of the Flammability Advertising Material.  The Flammability Advertising Materials are therefore literally false.

54.

Alternatively, if the claims in Ashcroft's Flammability Advertising Material are not literally false, such claims are nevertheless implicitly false, deceptive and misleading.

### *Ashcroft's Ads Misrepresent the Type 1279 Gauge Case Material*

55.

Ashcroft alleges in this litigation that having a pressure gauge with a phenolic case "is a material factor that motivates customers to purchase an Ashcroft gauge instead of a competing gauge."  Ashcroft's Counterclaims, Doc. No. 21, at ¶ 17.

56.

The case of a process pressure gauge includes the rear cover.

57.

Ashcroft admitted in discovery that the rear cover of its Type 1279 Duragauge gauges is not made from phenolic material.

58.

While falsely touting the flammability and safety characteristics of the phenolic case of the Type 1279 Duragauge gauges and impugning the same characteristics for the thermoplastic cases of WIKA's XSEL® Process Gauges, Ashcroft does not tell consumers that the rear cover for its Type 1279 Duragauge gauges is made from polypropylene, a thermoplastic material.

59.

The thermoplastic material used by Ashcroft for the rear cover of its Type 1279 Duragauge gauges is of lower quality than, and does not have the same fire-resistant and safety characteristics as, the POCAN thermoplastic material WIKA uses for its XSEL® Process Gauge cases. Testing shows that the rear cover of the Type 1279 is flammable and ignites and burns.

60.

Ashcroft nevertheless advertises its Type 1279 Duragauge gauges as having a case made solely of phenolic material, and does not mention the composition of the rear cover, necessarily stating and/or implying that the rear cover is made of phenolic material.    True and correct copies of examples of Ashcroft's advertisements are attached as Exhibit C.

61.

For example, Ashcroft makes the following statements about the case of its 1279 Duragauge gauges in various advertisements and in its product catalog:

- "Burn-resistant phenol turret case"

  &

  "Type 1279 Duraguage® pressure gauge is offered in 4 ½" phenolic case for superior chemical and heat resistance.  Solid-front case design with blow-out back for safety. …"

- "**Case Material:**   Black phenolic, solid front";

- "Solid front burn-resistant phenol case"

-  "Burn-resistant phenolic, solid front turret case"; and

- "Case:  Solid Front, Black Phenolic."

Ex. C at   ASH0000181  &  ASH0000414,  ASH0000382,  ASH0000385, ASH0000461, and ASH0002268.

62.

While some of Ashcroft's advertising discloses that the front ring of the Type 1279 Duragauge gauges is not phenolic, but is instead polypropylene (a thermoplastic), Ashcroft does not disclose that the rear cover of the Type 1279 Duragauge gauges is made from a thermoplastic material, not phenolic.  Ex. C.

63.

The Ashcroft advertisements comprising Exhibit C, and any other Ashcroft advertising materials containing similar statements about the Type 1279 gauge case without disclosing that the case rear cover is thermoplastic, are referred to as Ashcroft's "Gauge Case Advertising Material."

64.

The Ashcroft Gauge Case Advertising Material is likely to, and actually deceives, confuses and misleads consumers into believing that the 1279 Duragauge gauges' rear cover (or "blow-out back") is made of phenolic material, when it is not.  This literal falsity and misrepresentation is material to consumer purchasing decisions because it goes to an inherent quality of the product, i.e., its flammability.

***Taken Both In Context And Individually, Ashcroft's Gauge Case Advertising Material Makes Literally False, Deceptive And Misleading Claims About Ashcroft's Gauges***

65.

Ashcroft's Gauge Case Advertising Material is literally false, misleading and deceptive.

66.

When considered in full context, Ashcroft's Gauge Case Advertising Material unambiguously and necessarily conveys and implies that the rear cover of Ashcroft's Type 1279 Duragauge gauges is made from a phenolic material, when the truth is that the rear cover is made from a thermoplastic material with a very different, and inferior, flammability characteristic. Ashcroft's advertising claim is literally false, both explicitly and by necessary implication.

67.

Alternatively, if the claims in Ashcroft's Gauge Case Advertising Material are not literally false, such claims are nevertheless implicitly false, deceptive and misleading.

*Ashcroft's Ads Misrepresent the Durability of the Parties' Gauges*

68.

Since at least August 2011, Ashcroft has been disseminating comparative advertising materials contending that Ashcroft's Type 1279 Duragauge gauges with the "PLUS! Performance" option have better durability or lifespan characteristics and are safer than other gauges. These advertising claims are purportedly based on vibration and/or pressure cycle testing.

69.

For example, Ashcroft provides consumers in the Refinery Industry with PowerPoint materials making certain comparative advertising claims about the durability or lifespan of the 1279 Duragauge gauges with "PLUS! Performance" option versus competitor's gauges. Ashcroft's advertising claims are purportedly based on vibration testing. A true and correct copy of excerpts from such materials is attached as Exhibit D (the "PowerPoint").

70.

In the PowerPoint, Ashcroft states there is an industry-wide problem with pulsation and vibration reducing gauge life. Ex. D at ASH0002276.

71.

In the PowerPoint, Ashcroft also states:



Ex. D at ASH0002279.  The "Brand W" that Ashcroft refers to is intended by Ashcroft to represent, and is understood by consumers to represent, WIKA.  The "Brand U" is intended by Ashcroft to represent, and is understood by consumers to represent, U.S. Gauge.  Gauges manufactured by U.S. Gauge and by WIKA, respectively, are also the subject of inaccurate and false comparisons in Ashcroft's Flammability Advertising Material.

72.

As another example, Ashcroft publishes a brochure identified as "BULLETIN PL-1" and titled "PLUS!<sup>TM</sup> Performance … Liquid-filled performance in a dry gauge!" (the "Plus Ad").  Exhibit A.

73.

The first page of the Plus Ad includes the following statements and graphic:

… The **PLUS!<sup>TM</sup>** Performance gauges simply last significantly longer than traditional dry gauges. …

and



.

Ex. A at p. 1.  These statements and claims are made for all versions of the Type 1279 Duragauge, as well as other Ashcroft gauges, and are purportedly based on vibration testing.  Ex. A at p. 2.

74.

The vibration testing purportedly supporting Ashcroft's claims made in the PowerPoint and Plus Ad was conducted more than ten years ago.  See Exhibit E. Such testing did not include the XSEL® gauges, since they were developed and launched several years later.

75.

As yet another example, Ashcroft publishes a brochure identified as "Page: DU/PI-25A" and titled "Bourdon Tube Types", a true and correct copy of which is attached as Exhibit F (the "Bourdon Tube Ad").

76.

The first page of the Bourdon Tube Ad states:

Several tests are recommended in ASME B40.100 (Gauges, Pressure Indicating Dial Type – Elastic Element); a document established by a committee representing both gauge manufacturers and users. One of the more important criteria is the fatigue life of the Bourdon tube when subjected to pressure pulsations of 20-80% of scale range. A Bourdon tube for the process industry should withstand at least one million cycles without failure. All Ashcroft Duragauge tubes have successfully passed this test.

Ex. F at WI 0015185.

77.

The Ashcroft advertisements comprising Exhibits A, D and F, and any other Ashcroft advertising materials containing similar statements, are referred to as Ashcroft's "Durability Advertising Material."

78.

A literal and necessary implication of Ashcroft's Durability Advertising Material is that tests prove that all of Ashcroft's Type 1279 Duragauge gauges with the "PLUS! Perfomance" option last twice as long as WIKA's competing XSEL®

Process Gauges and Ashcroft's Type 1279 Duragauge gauges are therefore twice as safe as WIKA's competing XSEL® gauges. This literal and necessary implication is literally false as: a) Ashcroft's statements are not based on testing of any XSEL® gauges; b) Ashcroft's statements are not based on scientifically reliable testing; c) Ashcroft's statements are contradicted by scientifically reliable testing, as well as by other more recent testing by Ashcroft; and d) the test results cited by Ashcroft do not support the conclusions stated.

79.

Another literal and necessary implication of Ashcroft's Durability Advertising Material is that tests prove all variations of the Bourdon tubes used in Ashcroft's Type 1279 Duragauge gauges have been pressure cycle tested in accordance with ASME B40.100 and have a fatigue life of at least one million pressure cycles. This literal and necessary implication is literally false as: a) Ashcroft's statements are not based on scientifically reliable testing; and b) the test results cited by Ashcroft do not support the conclusions stated.

***Taken Both In Context And Individually, Ashcroft's Durability Advertising Material Makes Literally False, Deceptive And Misleading Claims About WIKA's And Ashcroft's Gauges***

80.

Ashcroft's Durability Advertising Material makes comparative advertising claims between the Type 1279 Duragauge gauges with "PLUS! Performance" option and WIKA's XSEL® gauges with a dry case.  See Exs. D & E.

81.

Ashcroft expressly references specific testing as supporting the claims asserted in the Durability Advertising Material.  Ex. D at ASH0002279; Ex. F at WI 0015185.  Ashcroft also necessarily implies specific testing as supporting its claims.  Ex. E at ASH0000038.

82.

Accordingly, Exhibits D and F of Ashcroft's Durability Advertising Material are comparative advertising, and all of the ads comprising Ashcroft's Durability Advertising Material make establishment or "tests prove" claims.

83.

Ashcroft's Durability Advertising Material is literally false, misleading and deceptive.

84.

Ashcroft's Durability Advertising Material falsely and explicitly states and/or falsely states by necessary implication that:

- WIKA's XSEL® Process Gauges are not durable or safe in applications involving heavy vibration and pulsation;

- Ashcroft's Type 1279 Duragauge gauges with "PLUS! Performance" option are twice as durable and 50% more safer than the XSEL® gauges in applications involving heavy vibration and pulsation;

- Legitimate scientific testing proves that WIKA's gauges are half as durable and 50% more dangerous than Ashcroft's Type 1279 Duragauge gauges with PLUS! Performance option; and

- Legitimate scientific testing proves that all variations of Ashcroft's Type 1279 Duragauge gauges have been pressure cycle tested under ASME B40.100 and are shown to have a fatigue life greater than one million cycles.

85.

Ashcroft's Durability Advertising Material is false and misleading because it asserts that Ashcroft's gauges are more durable and safer than WIKA's gauges, yet the truth is:

- WIKA's XSEL® Process Gauges are durable and safe in applications involving heavy vibration and pulsation;

- Ashcroft's Type 1279 Duragauge gauges with PLUS! Performance option are not as durable or safe in applications involving heavy vibration and pulsation;

- Ashcroft's vibration testing is not sufficiently reliable, Ashcroft failed to properly conduct the appropriate tests, Ashcroft failed to disclose that the reported testing is outdated and did not test the XSEL® Process Gauges, and Ashcroft failed to disclose that more recent testing shows the XSEL® gauges last longer than the Type 1279 Duragauge gauges, regardless if tested with or without the PLUS! Performance option; and

- Ashcroft's pressure cycle testing is not sufficiently reliable, and Ashcroft's tests do not prove that all Bourdon tube variations used in its Type 1279 Duragauge gauges have a fatigue life of more than 1 million pressure cycles.

86.

The Type 1279 Duragauge gauges with PLUS! Performance option do not offer durability and safety superior to WIKA's XSEL® Process Gauges.

87.

When considered in full context, Ashcroft's Durability Advertising Material unambiguously and necessarily conveys and implies that WIKA's XSEL® Process Gauges are less durable and less safe than Ashcroft's Type 1279 Duragauge gauges with PLUS! Performance option. Ashcroft's advertising claim is literally false, both explicitly and by necessary implication.

88.

The vibration testing Ashcroft cites and relies on to assert that WIKA's gauges are of inferior quality and unsafe compared to Ashcroft's gauges are not sufficiently reliable to be relied upon, nor do the tests support the messages and

-33-

gist of the Durability Advertising Material. Ashcroft's Durability Advertising Material is therefore literally false.

89.

When considered in full context, Ashcroft's Durability Advertising Material unambiguously and necessarily conveys and implies that all variations of Bourdon tubes used in the Type 1279 Duragauge gauges have been tested pursuant to ASME B40.100 and have a fatigue life of more than 1 million pressure cycles. Ashcroft's advertising claim is literally false, both explicitly and by necessary implication.

90.

The pressure cycle testing Ashcroft cites and relies on to assert that all variations of the Type 1279 Duragauge Bourdon tubes have been tested and have a fatigue life of greater than 1 million pressure cycles is not sufficiently reliable to be relied upon, nor do the tests support the messages and gist of the Durability Advertising Material. Ashcroft's Durability Advertising Material is therefore literally false.

91.

Alternatively, if the claims in Ashcroft's Durability Advertising Material are not literally false, such claims are nevertheless implicitly false, deceptive and misleading.

**Ashcroft's False Advertising Materially Influences Consumer Purchasing Decisions, Deceives Consumers, and Is Harming WIKA**

92.

Ashcroft's Flammability Advertising Material, Gauge Case Advertising Material, and Durability Advertising Material are collectively referred to as Ashcroft's "Advertising Material."

93.

Ashcroft is disseminating the Advertising Material to consumers and potential consumers of pressure gauge products, including customers and potential customers of WIKA's pressure gauges.

94.

The false, deceptive and misleading claims in Ashcroft's Advertising Material have and are, or are likely to, deceive consumers of pressure gauges and, by doing so, influence their purchasing decisions.

95.

The false, deceptive and misleading claims in Ashcroft's Advertising Material speak to and address inherent qualities and characteristics of WIKA and Ashcroft gauges, namely their safety, functionality, quality of workmanship, ability to spread and withstand fires in a refinery environment, and ability to last and withstand heavy vibration and pulsation in a refinery environment, and are material to consumers in the Refinery Industry who purchase pressure gauges and who are considering whether to purchase a WIKA pressure gauge.

96.

WIKA has received inquiries from customers or potential customers about Ashcroft's Flammability Advertising Material and the relative safety, quality and functionality of WIKA and Ashcroft gauges.

97.

Ashcroft's conduct is interfering with WIKA's business relations with its current customers and prospective consumers in the Refinery Industry.

98.

Ashcroft's conduct is causing irreparable harm to WIKA's reputation and the reputation of its pressure gauge products.  Ashcroft's false, deceptive and misleading claims taint the WIKA brand name and the reputation of its pressure

gauge products and thereby compromise WIKA's ability to effectively market and sell these products in the future.

99.

On information and belief, Ashcroft has engaged in the conduct at issue with reckless disregard of WIKA's rights, and/or has engaged in such conduct intentionally, willfully, and maliciously with knowledge that the claims being made are false, deceptive and misleading and with the intention to harm WIKA and to deceive consumers.

## COUNT I
## LANHAM ACT § 43(a)(1)(B)
## FALSE ADVERTISING BY ASHCROFT

100.

WIKA repeats and re-alleges the averments contained in paragraphs 1 through 99 of this Complaint as if fully set forth herein.

101.

Both WIKA's XSEL® Process Gauges and Ashcroft's Type 1279 Duragauge pressure gauges are sold in interstate commerce.

102.

Ashcroft's Advertising Material has been and is disseminated, published and discussed in interstate commerce.

103.

Ashcroft's Advertising Material is literally false and misleading.

104.

Ashcroft's Advertising Material and literally false and misleading advertising is likely to deceive consumers of pressure gauges.

105.

Ashcroft's Advertising Material and literally false and misleading advertising speak to and address inherent qualities and characteristics of WIKA and Ashcroft gauges, namely their safety, functionality, quality of workmanship, ability to spread and withstand fires in a refinery environment, and ability to last and withstand heavy vibration and pulsation in a refinery environment, are likely to influence customers' decisions in purchasing pressure gauges and materially affect purchasing decisions by relevant consumers.

106.

Ashcroft's Advertising Material and literally false and misleading advertising has caused and will continue to cause irreparable harm to WIKA. Unless Ashcroft is enjoined from continuing the aforementioned unlawful acts, WIKA will suffer irreparable harm.

107.

As a direct and proximate result of Ashcroft's Advertising Material and literally false and misleading advertising, WIKA has suffered damages in an amount to be determined at trial.

108.

Ashcroft's Advertising Material and literally false and misleading advertising and promotion in interstate commerce constitutes false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

109.

Pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116, WIKA is entitled to preliminary and permanent injunctive relief to prevent damage to WIKA and to prohibit Ashcroft from further violations of Section 43(a) of the Lanham Act as further set forth in the Prayer for Relief below.

110.

Furthermore, pursuant to Section 35 of the Lanham Act, 15 U.S.C. § 1117(a), WIKA is entitled to monetary damages, corrective advertising costs, Ashcroft's profits, costs, and prejudgment interest.

111.

This is an exceptional case under Section 35 of the Lanham Act, 15 U.S.C. §

1117(a), entitling WIKA to recover its attorneys' fees and up to three times its actual damages.

112.

Pursuant to Section 36 of the Lanham Act, 15 U.S.C. § 1118, WIKA is entitled to a destruction order requiring all advertisements in Ashcroft's possession bearing the false or misleading descriptions or representations be delivered up and destroyed.

**COUNT II**
**VIOLATION OF GEORGIA'S UNIFORM DECEPTIVE TRADE**
**PRACTICE ACT (O.C.G.A. § 10-1-372)**

113.

WIKA repeats and re-alleges the averments contained in paragraphs 1 through 112 of this Complaint as if fully set forth herein.

114.

Ashcroft's Advertising Materials represent that its pressure gauges have characteristics, uses or benefits that they do not have.

115.

Through Ashcroft's aforementioned advertising activities, Ashcroft is representing that WIKA's pressure gauges have characteristics that they do not have.

-40-

116.

Through Ashcroft's aforementioned advertising activities, Ashcroft is disparaging WIKA's pressure gauges by making false or misleading factual representations.

117.

Ashcroft has disseminated the Ashcroft Advertising Material containing false, deceptive and misleading representations to the public with the intent to sell, distribute or increase consumption of its pressure gauges.  WIKA has suffered pecuniary loss as a direct and proximate result of Ashcroft's Advertising Material and conduct.

118.

Ashcroft's false, deceptive, and misleading advertising and promotional activities violate the Georgia Uniform Deceptive Trade Practice Act, O.C.G.A. § 10-1-372.

119.

Ashcroft's deceptive advertising practices have been intentional and willful.

120.

Unless Ashcroft is enjoined from continuing its unlawful activities, WIKA will continue to suffer irreparable harm.

121.

Pursuant to O.C.G.A. § 10-1-372, WIKA is entitled to preliminary and permanent injunctive relief as well as attorneys' fees and costs of this action.

## COUNT III
## VIOLATION OF CONNECTICUT'S UNFAIR TRADE PRACTICES ACT
## (C.G.S.A. § 42-110a et seq.)

122.

WIKA repeats and re-alleges the averments contained in paragraphs 1 through 121 of this Complaint as if fully set forth herein.

123.

Ashcroft is representing that its pressure gauges have characteristics, uses or benefits that they do not have.

124.

Ashcroft is representing that WIKA's pressure gauges have characteristics that they do not have.

125.

Ashcroft is engaging in conduct which creates confusion and misunderstanding in the marketplace, and a likelihood of future confusion.

126.

As a direct and proximate result of Ashcroft's aforementioned advertising activities, WIKA has suffered damages in an amount to be determined at trial.

127.

Ashcroft's actions are unlawful and offend public policy, are immoral, unethical, oppressive or unscrupulous, and are substantially injuring WIKA.

128.

Ashcroft has engaged in unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce, in violation of the Connecticut Unfair Trade Practices Act, C.G.S.A. § 42-110a et seq.

129.

Pursuant to C.G.S.A. §§ 42-110b and 42-110g, WIKA is entitled to preliminary and permanent injunctive relief, other equitable relief, and to recover damages, including lost profits, and attorneys' fees and costs.

130.

In addition, WIKA is entitled to recover punitive damages pursuant to C.G.S.A. § 42-110b because Ashcroft has acted with reckless indifference to WIKA's rights and/or Ashcroft has acted with an intentional, wanton, or malicious disregard of WIKA's rights.

## COUNT IV
## TORTIOUS INTERFERENCE WITH CURRENT AND PROSPECTIVE
## BUSINESS RELATIONSHIPS

131.

WIKA repeats and re-alleges the averments contained in paragraphs 1 through 130 of this Complaint as if fully set forth herein.

132.

Ashcroft disseminated its Advertising Material to entities with whom WIKA had, has or may have a business relationship.

133.

WIKA had prospective business relationships with one or more of the entities to whom Ashcroft has disseminated its Advertising Material.

134.

Ashcroft knew and knows of WIKA's business relationships with purchasers of pressure gauges within the Refinery Industry.

135.

Ashcroft knew and knows of WIKA's prospective business relationships with purchasers of pressure gauges within the Refinery Industry.

136.

With malice and intent to injure WIKA, Ashcroft tortiously interfered with WIKA's business relationships with purchasers of pressure gauges within the Refinery Industry by disseminating false and misleading information about WIKA's pressure gauges, and by disseminating defamatory statements about WIKA's pressure gauges, to WIKA's current and prospective customers.

137.

Ashcroft tortiously interfered with WIKA's business relationships without any legal privilege that would arguably protect Ashcroft for its conduct.

138.

WIKA has been injured as a direct and proximate result of Ashcroft's tortious conduct.

139.

WIKA is entitled to recover damages due to Ashcroft's tortious interference.

140.

Ashcroft committed its tortious misconduct willfully, or with malice, fraud, wantonness, oppression, or an entire want of care that raises the presumption of a conscious indifference to the consequences of Ashcroft's actions.

141.

Ashcroft tortiously interfered with WIKA's business relationships with the specific intent to cause WIKA harm.

142.

Accordingly, WIKA is entitled to recover punitive damages in an amount to be determined at trial, without any statutory limit to the amount of an award of punitive damages pursuant to O.C.G.A. § 51-12-5.1(f).

## COUNT V
## COSTS AND EXPENSES, INCLUDING ATTORNEYS' FEES
## (O.C.G.A. § 13-6-11)

143.

WIKA repeats and re-alleges the averments contained in paragraphs 1 through 142 of this Complaint as if fully set forth herein.

144.

In carrying out the aforementioned activities, Ashcroft acted in bad faith, was stubbornly litigious and/or caused WIKA unnecessary trouble and expense.

145.

Pursuant to O.C.G.A. § 13-6-11, WIKA is entitled to recover its costs and expenses, including reasonable attorneys' fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff WIKA prays for the following relief:

(a)    The Court enter judgment that Ashcroft has engaged in false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), has engaged in deceptive advertising practices in violation of O.C.G.A. § 10-1-372, has engaged in unfair methods of competition and unfair or deceptive acts or practices in the conduct of trade or commerce in violation of C.G.S.A. § 42-110b, has tortiously interfered with WIKA's existing and prospective business relationships, and has acted in bad faith, been stubbornly litigious, and caused unnecessary trouble and expense.

(b)    On Count I, that WIKA be awarded monetary damages; corrective advertising costs; disgorgement of Ashcroft's profits; enhanced damages; its attorneys' fees; its costs; prejudgment interest; preliminary and permanent injunctive relief prohibiting Ashcroft from further violations of the Lanham Act and permanent injunctive relief requiring Ashcroft to disseminate corrective advertising materials, including an order directing Ashcroft to file with the Court and serve on WIKA within thirty days after entry of the injunction a written report, under oath, setting forth in detail the manner and form in which Ashcroft has complied with the injunction; and a destruction order requiring that Ashcroft

deliver up and destroy all advertising and promotional materials deemed false, deceptive, and misleading.

(c)    On Count II, that WIKA be granted preliminary and permanent injunctive relief prohibiting further violations of O.C.G.A. § 10-1-372; attorneys' fees; and costs.

(d)    On Count III, that WIKA be granted preliminary and permanent injunctive relief prohibiting further violations of C.G.S.A. § 42-110b; other equitable relief including corrective advertising; and also that WIKA be awarded monetary damages, lost profits, punitive damages, attorneys' fees, and costs.

(e)    On Count IV, that WIKA be awarded its actual damages, lost profits, and punitive damages.

(f)    On Count V, that WIKA be awarded its costs and expenses, including attorneys' fees.

(g)    An award of Plaintiff's costs and expenses.

(h)    On each of Plaintiff's claims for relief, such further and other relief as the Court deems just and proper.

## **Demand for Jury Trial**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted this _____ day of March 2014.

/s/ **Eric P. Schroeder** _____

Eric P. Schroeder
Georgia Bar No. 629880
eric.schroeder@bryancave.com
Damon J. Whitaker
Georgia Bar No. 752722
damon.whitaker@bryancave.com
Edwin M. Cook
Georgia Bar No. 154203
edwin.cook@bryancave.com

**BRYAN CAVE LLP**
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone:   (404) 572-6600
Facsimile:   (404) 572-6999

J. Bennett Clark
(*Admitted Pro Hac Vice*)
ben.clark@bryancave.com

**BRYAN CAVE LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
(314) 259-2000    phone
(314) 259-2020    facsimile

*Attorneys for Plaintiff WIKA Instrument I, LP, f/k/a WIKA Instrument Corporation*

## <u>Local Rule 7.1(D) Certification of Compliance</u>

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1B, N.D. Ga.`

<u>**/s/ Eric P. Schroeder**</u>

Georgia Bar No. 629880

#6344034_3

# Exhibit A

**ASHCROFT**®



## PLUS!™ Performance…
## Liquid-filled performance in a dry gauge!

### The Problem…
In the past, applications where heavy vibration and pulsation were present required the use of either a conventional dry gauge with a hard to read pointer and a limited life span, or, a costly liquid-filled gauge and all the headaches that come with them.



### The Solution…
An exclusive, breakthrough technology developed for Ashcroft pressure gauges providing virtually liquid-filled performance in a dry gauge, the Ashcroft® **PLUS!**™ Performance option.

**Benefits vs. Dry Gauges…**
- Dampens vibration and pulsation
- Steady pointer – Easier to read!
- 100% longer life
- Reduce purchases by 50%!



**Benefits vs Liquid-filled…**
- Dampens vibration and pulsation without the headaches of liquid-filled gauges.
- No liquid – No leaks!
- Easier to read…no fill lines!
- Easier to recalibrate.
- Wider temperature range vs glycerin-fill.
- Eliminates costly specialty fluids.

### How'd They Do That?..
The Patented Ashcroft® **PLUS!**™ Performance  option utilizes a unique cartridge to surround the pinion with an engineered dampening agent to dynamically dampen the pointer and movement, thereby providing a dry gauge which acts liquid-filled.

**IMPROVED PLANT SAFETY**
Safety is a critical issue and the **PLUS!**™ performance option can improve the safety of your plant. Industry surveys indicate that 20% to 30% of customer's gauges are misapplied and prematurely fail due to pulsation and vibration. If a Bourdon tube fails due to excessive pulsation, the process media will escape causing possible environmental damage, process contamination and more importantly, possible injury, fire or explosion.





Q. *Are PLUS!™ Performance gauges "new" gauges?*

A. No. We simply enhanced the industry leading Ashcroft products you've grown to trust with a fluid clutch dampener. The mechanical system is unchanged.

Q. *Does PLUS!™ Performance affect accuracy?*

A. No. The only difference is that the response time is similar to liquid-filled gauges.

Q. *Can these gauges be oxygen cleaned?*

A. Yes. Our process cleans the system to meet AMSE B40.1 level IV.

Q. *What temperature range is possible?*

A. –40°F to 200°F or 250°F depending on window material.

Q. *Can I use PLUS!™ Performance instead of Halocarbon fill?*

A. Yes!

Q. *Can this be used in paint applications or others requiring no silicone?*

A. The standard **PLUS!**™ Performance cannot be used in silicone-free applications. However, **PLUS!**™ is available in a silicone-free version. Order as XNZ for silicone-free.

Q. *Does the throttle plug do all the work?*

A. No. Throttle plugs are designed only to fight pulsation. Vibration requires either a liquid-filled gauge or **PLUS!**™ Performance.

Q. *Does our competition have anything similar?*

A. No. One competitor evaluated a liquidless gauge with poor results. Their design utilized a dashpot which caused premature failures versus even dry gauges. Gauges with **PLUS!**™Performance utilize a completely different approach overcoming their design problem.

Q. *Will this gauge last forever?*

A. No gauge will last forever under conditions of severe pulsation and vibration. The **PLUS!**™Performance gauges simply last significantly longer than traditional dry gauges with the benefits outlined above. *There are a few applications, chiefly severe high frequency pulsation, where a liquid-filled gauge or a remote mounted gauge is necessary. With a few exceptions, Beta site customers have found the performance to rival liquid-filled gauges in life expectancy without any of the headaches of liquid-filled gauges.*

Q. *How Do I Order?*

A. The product variation "XLL" designates **PLUS!**™ Performance in all Duragauge®, Duralife®, 1008S and 1032 pressure gauges and Duratran® transmitters.



**ISO 9001**
REGISTERED FIRM

BULLETIN PL-1



All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2012 05/12

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft.com

# ASHCROFT®

## *PLUS!*™ Performance…
## Liquid-filled performance in a dry gauge

**AUTOCLAVABLE!**

    

| DURAGAUGE® PRESSURE GAUGE | TYPE 2279 DURATRAN® PRESSURE TRANSMITTER AND GAUGE | TYPE 1032 SANITARY GAUGE | TYPE 1009 PRESSURE GAUGE | TYPE 1008S STAINLESS STEEL METRIC CASE |
|---|---|---|---|---|

### DURAGAUGE® PRESSURE GAUGE

**ACCURACY**
½% full scale

**DIAL SIZE**
4½˝, 6˝, 8½˝

**TUBE MATERIAL**
Bronze, 316 SS, Monel, Inconel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
¼ NPT, ½ NPT, JIS, DIN, BSP, All lower or back

**RANGES**
Vac. to 100,000 psi

**CASE MATERIAL**
Phenolic, aluminum, polypropylene

**MOVEMENT**
Stainless steel, rotary design, Teflon® S coated pinion and bearings

**POINTER**
Micrometer adjustable

**DIAL**
White painted aluminum

**TYPE NUMBERS**
1279 phenolic (4½˝)
1377 aluminum (4½˝ 6˝ 8½˝)
1379 aluminum (4½˝ 6˝ 8½˝)
2462 (6˝)

### TYPE 2279 DURATRAN® PRESSURE TRANSMITTER AND GAUGE

**ACCURACY**
½% full scale

**OUTPUT**
2 wire, 4-20mA

**STABILITY**
±0.25% full scale

**SUPPLY VOLTAGE**
24 Vdc nominal, 16V min., 40V max.

**DIAL SIZE**
4½˝ analog dial

**TUBE MATERIAL**
316 SS, Monel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
½ NPT – lower

**RANGES**
Vacuum, 12 to 20,000 psi

**CASE MATERIAL**
Phenolic

**MOVEMENT**
Stainless steel

**POINTER**
Micrometer adjustable

**WEATHERPROOF**
NEMA 4 – Hermetic seal

### TYPE 1032 SANITARY GAUGE

**ACCURACY**
1.5%-2% depending on range

**DIAL SIZE**
2½˝, 3½˝, 4½˝

**TUBE MATERIAL**
316 SS

**SENSING ELEMENT**
316L SS diaphragm (12-20RA finish)

**CONNECTION**
Standard: 1½˝ or 2˝ Tri-Clamp,® others on request
*Location*: lower, back, side or top

**RANGES**
From 15# to 1000# including vacuum and compound

**CASE & RING MATERIAL**
304 stainless steel

**MOVEMENT**
Stainless steel, Power*Flex*™

**POINTER**
Adjustable Pointer (all)
Easy Zero Ext. Adjust (3½˝)

**DIAL**
White painted aluminum

**WINDOW**
Polycarbonate, Polysulfone (optional)

**CLEAN & STEAM IN PLACE**
Temperature limits to 300°F (140°C)

**AUTOCLAVE OR STERILIZE**
Temperature limits to 300°F (140°C) with polysulfone window

**SYSTEM FILL**
Glycerin (Std)
Food Grade Silicone (Opt)

**AGENCY APPROVAL**
Meets 3A Standard 74-03

### TYPE 1009 PRESSURE GAUGE

**ACCURACY**
1% full scale

**DIAL SIZE**
2½˝ 3½˝, 4½˝, 6˝

**TUBE MATERIAL**
316 SS (2½˝ 3½˝)
Bronze, 316 SS, monel, steel (4½˝ 6˝)

**SENSING ELEMENT**
Bourdon tube, Helium leak test to 1 x 10⁶ ATM $^{CC}$/sec

**CONNECTION**
⅛ NPT, ¼ NPT, ½ NPT, ⁷⁄₁₆˝ x 20 SAE lower or lower back, other threads on application

**RANGES**
Vac. to 30,000 psi including compound

**CASE & RING MATERIAL**
304 Stainless steel with ventable relief plug

**MOVEMENT**
Stainless steel, Power*Flex*™ (2½˝ 3½˝)
Stainless steel (4½˝ 6˝)

**POINTER**
Adjustable

**DIAL**
White painted aluminum

**WINDOW**
Polycarbonate (2½˝ 3½˝)
Glass (4½˝ 6˝), safety glass optional

• ASME B40.100
• EN837.1 compliance available
• RO HS compliant
• CRN approved

### TYPE 1008S STAINLESS STEEL METRIC CASE

**ACCURACY**
1.6% full scale

**DIAL SIZE**
63mm, 100mm

**TUBE MATERIAL**
316 SS

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
¼ NPT lower or lower back
½ NPT lower (100mm), JIS, DIN available

**RANGES**
Vac. to 15,000 psi including compound

**CASE MATERIAL**
304 stainless steel

**MOVEMENT**
Stainless steel, Power*Flex*™

**POINTER**
Fixed

**DIAL**
White painted aluminum

**WINDOW**
Polycarbonate

• ASME B40.100
• EN837.1 compliance available
• RO HS compliant
• CRN approved



PLUS! Performance



**ISO 9001**
REGISTERED FIRM
BULLETIN PL-1

All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2012 05/12

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft.com

# Exhibit B

**ASHCROFT**

**Duragauge® Pressure Gauges**          Page: DU/PI-74

## PRODUCT INFORMATION

### ASHCROFT® TYPE 1279 DURAGAUGE® PRESSURE GAUGE WITH PHENOL CASE VERSUS COMPETITIVE THERMOPLASTIC CASE

Phenolic resins like those used in the case of the Ashcroft Type 1279 Duragauge® process gauge are the first commercially successful polymers. Their balance of chemical and heat resistance made them a "wonder material" when developed. Ashcroft process gauge competitors use thermoplastics for their cases which are typically easier to mold than phenolic. However, since process gauges are often exposed to applications requiring chemical and temperature resistance and thermal stability, the Type 1279 Duragauge process gauge with a phenolic case offers these and other superior features.

The Ashcroft Type 1279 case is made of PLENCO 02370, Black Phenolic Resin. It is a low ammonia, single stage curing phenolic resin. Phenolic resins are "thermosets" meaning they cure with temperature. After curing, additional heating will not melt the material, but instead make it harder. If heated high enough, the materials will begin to degrade. Typically, phenolic doesn't burn, but instead will "char", breaking down to form ash and giving off a little smoke.

"Thermoplastics", like Pocan (Polybutylene Terephthalate) on the other hand, will melt when exposed to heat. Lanxess, the manufacturer of Pocan, lists its melting point as 437°F.

Thermoplastics are also more likely to burn than thermosets. As such, they often incorporate flame retardants to prevent burning. When thermoplastics burn, the material will melt, creating a pool of burning liquid, or even worse, spattering burning molten plastic onto nearby surfaces.

© Ashcroft Inc. 03/2012

**Real World Safety:**

*Figure 1:* Ashcroft had the opportunity to examine a Type 1279 Duragauge process gauge after an intense refinery fire. The phenolic case was entirely consumed in the fire and the aluminum components of the gauge had completely melted away. However, the wetted parts of the gauge remained intact, safely containing the process media (*Figure 1a*). This gauge was exposed to an estimated temperature in excess of 1500°F.

**Flammability Testing:**

Since then, Ashcroft has conducted a number of open flame tests comparing the performance of Wika, US Gauge, and Ashcroft Type 1279 process gauges when exposed to the flame of a laboratory burner for a period of 10 seconds. The case material of both the Wika and US Gauge burned intensely when contacted with the flame, posing the risk of spreading a fire. In contrast, the phenolic case of the Ashcroft 1279 did not burn and case integrity was not compromised.

*Figure 1a*





Figure 1

PRESSURE SWITCH WAS HERE

Type 1279 Duragauge was here

*Real World Safety:*

*Figure 1:*
*During a refinery fire, a competitor's pressure switch melted away leaving only the threaded flange connected to the refinery piping. An Ashcroft Duragauge pressure gauge is mounted just to the left of the damaged pressure switch.*

*Figure 1a:*
*The pressure gauge system maintained containment of the process media throughout the fire.*

© Ashcroft Inc. 03/2012

**Elevated Temperature Testing:**

Ashcroft has performed extensive thermal testing on the Type 1279 Duragauge process gauge with a phenolic case. No ill effects were noted up to temperatures of 500°F (260°C). In excess of 500°F (260°C) a noticeable odor is produced due to outgassing of the polymer. At 700°F (371°C) some smoke is produced. At 750°F (399°C) the phenolic case will begin to char, leaving behind a white ash. At this temperature it takes approximately eight hours to convert the entire case into ash. The case will begin to burn with a flame when heated to a temperature of 1060°F.

In one experiment an Ashcroft Type 1279 with a phenolic case, and competitor's gauges with a thermoplastic case, were heated to 550°F for 30 minutes. After the test, the Ashcroft Type 1279 was relatively undamaged and the gauge was fully functional. Accuracy of the 1279 was within the specified .5% full-scale tolerance at room temperature of 72°F.

*Figure 2:* Both the Wika and U.S. Gauge with a thermoplastic case completely melted making the gauges non-functional. When in contact with a direct flame, both competitors' gauges with a thermoplastic case have the potential to spread a fire.



**WIKA XSEL 232.34**          **ASHCROFT 1279**          **US Gauge 1981**

*Figure 2:*
*Gauges elevated to an ambient temperature of 550°F  (288°C) for 30 minutes. Both competitive gauge cases, **(Wika and US Gauge)** above melted as shown. If exposed to a direct flame, the potential to spread a fire exists. In contrast, the integrity of the Type 1279 Duragauge case **(Ashcroft)** remained intact and did not melt. Gauge calibration was checked before and after the test. The Type 1279 was fully functional and remained within tolerance. (note: the acrylic front ring fully melted causing the gauge window to be unsecured into the gauge case)*

© Ashcroft Inc. 03/2012





*WIKA XSEL 232.34*

© Ashcroft Inc. 03/2012





*ASHCROFT 1279*

*NOTE: Diaphragm seal used for display only — not used in oven test.*

© Ashcroft Inc. 03/2012





*US GAUGE 1981*



© Ashcroft Inc. 03/2012

# Exhibit C

# **N**ASHCROFT®

## PRESSURE & TEMPERATURE INSTRUMENT ORDERING HANDBOOK



ASH0000106

# CONTENTS

# PRODUCT TYPE

## PRODUCT TYPE – 1

Product Type / Model Type/Numbers — PAGE 1
Introduction — PAGES 3-8

## QUICK GUIDES – 9

Digital Gauges — PAGES 11
Test Instruments — PAGES 13-15
Process Gauge — PAGES 17-18
Stainless Steel Case & Industrial Gauges — PAGES 18-26
Sanitary Gauges — PAGES 27
Commercial Gauges — PAGES 29-32
Diaphragm Seals & Instrument Isolators — PAGES 33-37
Pressure Transducers — PAGES 39-44
Temperature Instruments — PAGES 45
Pressure and Temperature Switches — PAGES 47-49

## PRESSURE GAUGES – 49

Digital Gauges — PAGES 51-56
Test Instruments — PAGES 57-72
Process Gauges — PAGES 73-84
Stainless Steel & Industrial Gauges — PAGES 85-116
Sanitary Gauges — PAGES 117-122
Options for Process, Stainless Steel, Test & Industrial Gauges — PAGE 123
Commercial Gauges — PAGES 125-142

## DIAPHRAGM SEALS – 145

Introduction & Selection Information — PAGES 145-147
Specification Matrix — PAGES 148-152
Diaphragm Seals — PAGES 153-163
Line Assemblies — PAGE 164
Iso-Ring, Iso-Spool — PAGE 165
Table A – Min./Max. Operating Pressures — PAGES 166-167
Seal Style Chart — PAGES 168-171
Seal Options, All Types — PAGE 172

## PRESSURE TRANSDUCERS – 175

GC31, GC35, GC51, GC55 — PAGE 175-178
T2 Series - High Performance — PAGE 178
G2 Series - Tough OEM — PAGE 179
A2, A2X, A4 Series - Heavy Industrial, Hazardous Location — PAGE 181-183
KM Series - Compact OEM — PAGE 184
K1, K2, K8 - High Pressure — PAGES 185-187
KX for Pulp & Paper Applications — PAGE 188
KS for Sanitary Applications — PAGE 189
GC30, GC52 — PAGE 190-191
C Series - Low Pressure — PAGES 192-196
Duratran® Pressure Transmitter — PAGE 197
Panel Meter — PAGE 198
Pneumatic Transmitters — PAGE 199

## THERMOMETERS – 201

Bimetal Thermometers — PAGES 201-208
Duratemp Thermometers — PAGES 209-217
Case Dimensions, Thermowells, Options — PAGES 218-222
Digital Thermometer — PAGE 223
Accessories — PAGE 224

## PRESSURE AND TEMPERATURE SWITCHES   227

Selection Information — PAGES 227-230
A Series – Pressure — PAGES 231-232
B Series – Pressure, DP Pressure, Temperature, Exp. Proof — PAGES 233-236
F Series – Pressure — PAGES 237
G Series – Pressure, Temperature — PAGES 238-239
H Series – Pressure Hydraulic — PAGE 240
L Series – Pressure, DP Pressure, Temperature — PAGES 241-242
N Series – Electronic Pressure Switch — PAGES 243-244
P Series – Pressure, Temperature — PAGES 245-246
Deadband Ranges & Options — PAGES 247-251

## ACCESSORIES – 253

Accessories & Options — PAGES 253-262

## APPLICATION DATA – 263

Application Data — PAGES 263-274

# ASHCROFT® PRODUCT QUICK GUIDES

## DIGITAL GAUGES

Type 2089, 2086, 2084 Test Gauge.............. 11
Type 2074, 2174, 2274 Industrial Gauge ..... 11
Type D1005PS General Purpose Gauge....... 11
Series 2300 Digital Sanitary Gauge.............. 11

## TEST INSTRUMENTS, TEST GAUGES & EQUIPMENT

Type 1084 Test Gauge.................................... 13
Type 1082 Test Gauge.................................... 13
Type 2089, 2086, 2084 Test Gauge.............. 13
Type ATE-100 LCD Digital Calibrator............ 13
Type ST-2A LCD Digital Indicator.................. 14
Type 1305D Deadweight Tester.................... 14
Type 1327D, 1327CM Gauge Comparator..... 14
Type PT LCD Digital Indicator....................... 14
Type AVC-1000 & 3000 Volume Controller.... 15
Type A4A Precision Dial Pressure Gauge...... 15

## PROCESS GAUGES

Type 1279 Duragauge® Pressure Gauge ..... 17
Type 1377 Duragauge® Pressure Gauge ..... 17
Type 1379 Duragauge® Pressure Gauge ..... 17
Type 2462 Pressure Gauge........................... 17
Type 1259 Pressure Gauge........................... 18
Type 1279,1379,1377, 2462 Receiver Gauge. 18
Type 2279 Duratran® Pressure Transmitters. 18

## STAINLESS STEEL CASE & INDUSTRIAL GAUGES

Type 5500 & 6500 Stainless Steel Case ...... 18
Type 1008S Duralife® Pressure Gauge
   40 & 50mm ............................................. 19
   63 & 100mm .,......................................... 19
Type 1008S/SL Back Connect Gauges......... 19
Type 1009 Duralife® Pressure Gauge .......... 19
Type 1009 Stainless Steel Case.................... 20
Type 1109 General Service Gauge................. 20
Type 1009, 1010, 1017, 1220
   Hydraulic Gauges......................................... **20**
Type 1009, 1010, 1017, 1220
   Receiver Gauges........................................... **20**
Type 1009, 1010, 1017, 1220
   Refrigeration Gauges..................................... 21
Type 1010 General Service Gauge................. 21
Type 1017 General Service Gauge................. 21
Type 1220 ................................................. 21
Type 1020S Xmas Tree Gauge ..................... 22
Type 1038, 1039 Duplex Gauge ................... 22
Type 1125, 1125A Differential Gauge ........... 22
Type 1127, 1128 Differential Gauge ............ 22
Type 1130 Differential Gauge ...................... 23
Type 1131 Differential Gauge ...................... 23
Type 1132 Differential Gauge ...................... 23
Type 1133 Differential Gauge ...................... 23
Type 1134 Differential Gauge ...................... 24
Type 5503 Differential Gauge  ............ 24
Type 5509 Differential Gauge ...................... 24
Type 1150H Reid Vapor Gauge...................... 24
Type 1122 Movementless Gauge................... 25
Type 1187, 1188, 1189 LP Bellowsl Gauge.. 25
Type 1490 LP Diaphragm Gauge ................. 25
Type 1495 LP Receiver Gauge ..................... 25
Type 2074, 2174, 2274 Industrial Gauge ..... 26

## SANITARY GAUGES

Series 2300 Digital Sanitary Gauge.............. 27
Type 1032 Fractional Sanitary Gauge........... 27
Type 1032 Sanitary Gauge........................... 27
Type 1036 w/1037 Instrument Fitting ......... 27

ASH0000114

**17**

# ASHCROFT®

**Quick Guide**
**Process Gauges**

## 1279 DURAGAUGE® PRESSURE GAUGE



**ACCURACY**
ASME B 40.100 Grade 2A (±0.5% of span)

**DIAL SIZE**
4½"

**CASE MATERIAL**
Phenolic

**WETTED MATERIAL**
316 stainless steel, bronze/brass, Monel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
½ NPT (standard) lower or back
¼ NPT (optional)

**RANGES**
Vacuum, 15 to 30,000 psi, compound

Refer to page no. 76

Usage requiring ½% full scale accuracy in chemical, petrochemical, refinery, oil prodution, other process, power and general industry.

## 1377 DURAGAUGE® PRESSURE GAUGE

**ACCURACY**
ASME B 40.100 Grade 2A (±0.5% of span)

**DIAL SIZE**
4½", 6", 8½"

**CASE MATERIAL**
Aluminum

**WETTED MATERIAL**
316 stainless steel, bronze/brass, Monel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
½ NPT (standard) lower or back
¼ NPT (optional)

**RANGES**
Vacuum, 15 to 30,000 psi, compound

Refer to page nos. 77 and 81

Usage requiring ½% full scale accuracy in chemical, petrochemical, refinery, oil prodution, other process, power and general industry.

## 1379 DURAGAUGE® PRESSURE GAUGE



**ACCURACY**
ASME B 40.100 Grade 2A (±0.5% of span)

**DIAL SIZE**
4½", 6", 8½"

**CASE MATERIAL**
Aluminum

**WETTED MATERIAL**
316 stainless steel, bronze/brass, Monel, Inconel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
½ NPT (standard) lower or back
¼ NPT (optional)
¼" HP connection over 30,000 psi

**RANGES**
Vacuum, 15 to 100,000 psi, compound

Refer to page nos. 80 and 83

Usage requiring ½% full scale accuracy in chemical, petrochemical, refinery, oil prodution, other process, power and general industry.

## 2462 DURAGAUGE® PRESSURE GAUGE



**ACCURACY**
ASME B 40.100 Grade 2A (±0.5% of span)

**DIAL SIZE**
6"

**CASE MATERIAL**
Polypropylene

**WETTED MATERIAL**
316 stainless steel, bronze/brass, steel, Monel

**SENSING ELEMENT**
Bourdon tube

**CONNECTION**
½ NPT (standard) lower or back
¼ NPT (optional)

**RANGES**
Vacuum, 15 to 30,000 psi, compound

Refer to page nos. 78 and 81

Usage requiring ½% full scale accuracy in chemical, petrochemical, refinery, oil prodution, other process, power and general industry.

# PROCESS GAUGES

Product Selection Information ..................... 75

Type 1279 Duragauge© Pressure Gauge...... 76

Type 1377 Duragauge© Pressure Gauge...... 77

Type 1379 Duragauge© Pressure Gauge...... 78

Type 2462 Duragauge© Pressure Gauge...... 79

Type 1259 Process Pressure Gauge............. 80

Type 1279, 1379, 1377, 2462

    Receiver Gauges ....................................... 81

Range Tables ........................................... 82-83

ASH0000178

**76**

# ▲ASHCROFT®

**Duragauge® Pressure Gauge
Type 1279, ASME B 40.100
Grade 2A (±0.5% of span)**

- 4½″ full-size Bourdon tube
- **Patented Duratube™ with as-welded-tube construction controls stress for longer life**
- **"Round Cap Tip" construction lowers stresses for longer life**
- **Easily adjustable, self-locking micrometer pointer**
- **Burn-resistant phenol turret case**
- **Exclusive Teflon coated 400 series stainless steel rotary movement for longer life**
- **PLUS!™ Performance Option:**
  - **Liquid-filled performance in a dry gauge**
  - **Fights vibration and pulsations without liquid-filled headaches**

- See pages 6-7 for details
- Order as option XLL
- **Liquid filled case option (Code L)**
- **Epoxy-coated system for superior corrosion resistance**

Type 1279 Duragauge® pressure gauge is offered in 4½″ phenolic case for superior chemical and heat resistance. Solid-front case design with blow-out back for safety. Dry, liquid-filled, hermetically sealed, weatherproof or **PLUS!™** options available. Field convertible to liquid-fill with conversion kit (detailed on page 247). All case styles provide full temperature compensation.



<table>
<tr><th colspan="6">URDON SYSTEM SELECTION</th></tr>
<tr><th>Ordering Code</th><th>Bourdon Tube & Tip Material[1] (all joints TIG welded except "A")</th><th>Socket Material</th><th>Tube Type</th><th>Range Selection Limits (psi)</th><th>NPT Conn.[2]</th></tr>
<tr><td>A</td><td>Phosphor Bronze Tube-Brass Tip, Silver Brazed</td><td>Brass</td><td>C-Tube</td><td>12/1000</td><td>¼, ½</td></tr>
<tr><td rowspan="2">R</td><td rowspan="2">316L stainless steel</td><td rowspan="2">1019 steel</td><td>C-Tube</td><td>12/1500</td><td>¼,½</td></tr>
<tr><td>Helical</td><td>2000/20,000</td><td>¼,½</td></tr>
<tr><td rowspan="2">S</td><td rowspan="2">316L stainless steel</td><td rowspan="2">316L stainless steel</td><td>C-Tube</td><td>12/1500</td><td>¼,½</td></tr>
<tr><td>Helical</td><td>2000/20,000</td><td>¼,½</td></tr>
<tr><td rowspan="2">P</td><td rowspan="2">K Monel</td><td rowspan="2">Monel 400</td><td>C-Tube</td><td>15/1500</td><td>¼,½</td></tr>
<tr><td>Helical</td><td>2000/30,000</td><td>¼,½[3]</td></tr>
</table>

(1) For selection of the correct Bourdon system material, see the media application table on page 265
(2) Other connections available on application.
(3) 30,000 psi range supplied with ¼ high pressure connection, ½ NPT optional.

<table>
<tr><th colspan="2">STANDARD RANGES</th></tr>
<tr><th>Pressure psi</th><th>Compound psi</th></tr>
<tr><td>0/15</td><td>30 in.Hg/15 psi</td></tr>
<tr><td>0/30</td><td>30 in.Hg/30 psi</td></tr>
<tr><td>0/60</td><td>30 in.Hg/60 psi</td></tr>
<tr><td>0/100</td><td>30 in.Hg/100 psi</td></tr>
<tr><td>0/160</td><td>30 in.Hg/150 psi</td></tr>
<tr><td>0/200</td><td>30 in.Hg/300 psi</td></tr>
<tr><td>0/300</td><td></td></tr>
<tr><td>0/400</td><td>**Vacuum**</td></tr>
<tr><td>0/600</td><td>30/0 in.Hg</td></tr>
<tr><td>0/800</td><td>34/0 ftH₂O</td></tr>
<tr><td>0/1000</td><td></td></tr>
<tr><td>0/1500</td><td></td></tr>
<tr><td>0/2000</td><td></td></tr>
<tr><td>0/3000</td><td></td></tr>
<tr><td>0/5000</td><td></td></tr>
<tr><td>0/10,000</td><td></td></tr>
<tr><td>0/20,000</td><td></td></tr>
<tr><td>0/30,000</td><td></td></tr>
</table>

**NOTE:
Equivalent standard kg/cm², and kPa metric ranges are available.**

See pages 82 and 83 for additional ranges.

<table>
<tr><th colspan="6">ORDER THIS 1279 DURAGAUGE:</th></tr>
<tr><td>Select:</td><td>45</td><td>1279</td><td>SS*</td><td>04L</td><td>XXX    2000#</td></tr>
</table>

1. Dial size–4½″
2. Case type–1279
   Ring–threaded reinforced polypropylene
3. Bourdon system selection ordering code
4. Connection–¼ NPT (02), ½ NPT (04), Lower (L), Back (B)
5. Optional features–see page 261-262 (See pages 82 and 83 for additional ranges)
6. Standard pressure range
7. Accessories–see pages 255-260

(✱) "S" denotes solid front case design

*Consult factory for guidance in product selection
Phone (203) 378-8281 or visit our
web site at www.ashcroft.com*

**MADE IN U.S.A.**

ASH0000181



# Type 1279 Duragauge® Pressure Gauge
## Available With *PLUS!*™ Performance Option



- **Solid front case design, field convertible to hermetically sealed or liquid filled style**
- **Pressure ranges from vacuum — 30,000 psi**
- **Select from various socket and Bourdon tube materials**
- **Micrometer adjustable pointer**
- **400 Series stainless steel movement wears better for longer life**
- **Teflon-coated pinion for longer life**
- **Patented Duratube™ with welded-tube construction controls stresses for longer life**
- **PLUS!™ Performance Option:**
  - **Liquid-filled performance in a dry gauge**
  - **Fights vibration and pulsations without liquid-filled headaches**
  - **Order as option XLL**

The Ashcroft® Duragauge® pressure gauge is the finest production gauge on the market for industrial use where precise indications are required. The product line offers a wide variety of case styles, Bourdon tubes and pressure ranges to meet your application needs .

With the component combinations available in the Duragauge gauge line, over ten million variations are possible to serve the needs of all types of industries, including process, power, nuclear, aerospace and cryogenics.

## PRODUCT SPECIFICATIONS
**Model Number:** 1279
**Accuracy:** ½% full scale (Grade 2A, ASME B40.100)
**Ranges:** Vac., compound to 30,000 psi
**Dial Size:** 4½″ diameter
**Case Material:** Black phenolic, solid front
**Weather Protection:** Dry Case: IP54
Liquid filled or hermetically sealed case: IP 65

| TEMPERATURE LIMITS | | | |
|---|---|---|---|
| | **Ambient** | **Process** | **Storage** |
| Dry | −20/200°F[1] (−29/93°C) | −20/250°F[1] (−29/121°C) | −40/250°F (−40/121°C) |
| LF (glycerin) | 20/150°F (7/66°C) | 20/200°F (7/93°C) | 0/150°F (−18/66°C) |
| (silicone) | −40/150°F (−40/66°C) | −40/200°F (−40/93°C) | −40/150°F (−40/66°C) |
| (halocarbon) | −40/150°F (−40/66°C) | −40/200°F (−40/93°C) | −40/150°F (−40/66°C) |

**(1)** Available for temperatures below −20°F, see Product Information page ASH/PI-21B for details.

**Note:** Other than discoloration of the dial and hardening of the gasketing that may occur as ambient or process temperatures exceeds 150°F, non-liquid-filled gauges with standard glass windows, can withstand continuous operating temperatures up to 250°F (121°C). Liquid-filled gauges can withstand 200°F (93°C) but glycerin fill and acrylic window will tend to yellow. Accuracy at temperatures above or below the reference ambient temperature of 68°F (20°C) will be affected by approximately .4% per 25°F (4°C). Gauges with welded joints will withstand 750°F (450°F (232°C) with silver brazed joints) for short times without rupture, although other parts of the gauge will be destroyed and calibration will be lost. For continuous use and for process or ambient temperatures above 250°F (121°C), a diaphragm seal or capillary or siphon is recommended.

**Ring:** Threaded reinforced black polypropylene
**Window:** Glass
**Dial:** Aluminum, white background, black figures and intervals.
**Pointer:** Micrometer adjustable
**Movement:** Rotary, 400 SS, Teflon® coated pinion gear and segment
**Bourdon Tube and Socket:** C510 Phos. bronze/brass brazed (A)
316L SS/steel (R)
316L SS/316L SS (S)
K Monel/ Monel (P)
**Conn. Size:** ¼″, ½″ NPT
**Conn. Location:** Lower or back

## OPTIONAL FEATURES
**Fill:** L-Glycerin-Standard
XGV-Silicone-Optional
XGX-Halocarbon-Optional

***PLUS!* Performance:** XLL
**Hermetically Sealed, IP65:** H
**Flush Mounting Ring:** X56
**Receiver Gauge:** XPR
**Shatter Proof Glass Window:** XSG
**Acrylic Window:** XPD
**Red Set Hand:** XSH
**Maximum Pointer:** XEP

## STANDARD RANGE TABLE*

| Pressure – psi | | |
|---|---|---|
| **Range** | **Figure interval** | **Minor Graduation** |
| 0/15 | 1 | 0.1 |
| 0/30 | 5 | 0.2 |
| 0/60 | 5 | 0.5 |
| 0/100 | 10 | 1 |
| 0/160 | 20 | 2 |
| 0/200 | 20 | 2 |
| 0/300 | 50 | 2 |
| 0/400 | 50 | 5 |
| 0/600 | 50 | 5 |
| 0/800 | 100 | 10 |
| 0/1000 | 100 | 10 |
| 0/1500 | 200 | 20 |
| 0/2000 | 200 | 20 |
| 0/3000 | 500 | 20 |
| 0/5000 | 500 | 50 |
| 0/6000 | 500 | 50 |
| 0/10,000 | 1000 | 100 |
| 0/20,000 | 2000 | 200 |
| 0/30,000 | 5000 | 200 |

*Full standard and metric equivalent range table available on our web site.


**ISO 9001**
REGISTERED FIRM
BULLETIN DU-1 1279

All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2013 Rev. 02/13

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft.com

ASH0000382



# Type 1279 Duragauge® Pressure Gauge
# Available With *PLUS!*™ Performance Option



| Compound | | | |
|---|---|---|---|
| **Range** | **Figure Interval** | | **Minor Grads** |
| | **in Hg** | **psi** | **in Hg** **psi** |
| 30˝ Hg/15 psi | 5 | 5 | 0.5 0.2 |
| 30˝ Hg/30 psi | 10 | 5 | 0.5 0.5 |
| 30˝ Hg/60 psi | 10 | 10 | 1 1 |
| 30˝ Hg/100 psi | 10 | 10 | 2 1 |
| 30˝ Hg/150 psi | 10 | 20 | 2 2 |
| 30˝ Hg/200 psi | 10 | 20 | 5 2 |
| 30˝ Hg/300 psi | 30 | 50 | 5 2 |

| Vacuum | | |
|---|---|---|
| **Range** | **Figure Interval** | **Minor Grads** |
| 30/0 in. Hg | 5 in Hg | 0.2 in Hg |
| 34/0 ft H₂O | 5 ft | 0.5 ft |

Used to flush mount gauge case Type 1279(*)S.
Standard finish is black; polished stainless
steel finish is available at an extra charge.



**Dimensions**



¼ NPT or
½ NPT

4½˝ Lower Connection

4½˝ Back Connection

3-L dia. holes
on E dia. B.C

4½˝ Type 1279 with
Type 1278M flush
mounting ring

Mounting hardware
supplied by Ashcroft

| Dial Size inches | A | B | C | D | E | F | G | H | K | L | T | V | Weight (lbs) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4½ | 5.81 (147.6) | 3.36 (85.3) | 5.07 (128.7) | 1.06 (40.6) | 5.375 (137) | 1.62 (41.2) | 4.08 (103.7) | .73 (18.4) | 2.62 (66.6) | .22 (5.5) | .62 (15.7) | 2.625 (67) | 2½ |

**Table A - Case selection & mounting**

| Dial Size (in) | Ordering Code | Case Type | Case: Material Finish | Ring: Style Material Finish | Mounting / Connection |
|---|---|---|---|---|---|
| 4½ | (45) | 1279(1) | Phenolic (Black) | Threaded Reinforced Polypropylene - Black | Stem – Lower or back  Surface – Lower or back  Flush – Back: Specify X56 |

| Table B - System Location and Connection Bourdon Tube & Tip Material(2) (all joints TIG welded except code "A") | Socket Material(2) | Tube & Socket Code | Case Style Code | NPT Conn. & Code | Conn. Location & Code | Range Selection Limits (psi) |
|---|---|---|---|---|---|---|
| C510 Grade A Phosphor Bronze Tube, Brass Tip, Silver Brazed | Brass | (A) | (S) Solid Front | (02) ¼ | Lower (L) | Vac./1000 |
| 316 stainless steel | 1018 steel | (R) | (S) Solid Front | | | Vac./20,000 |
| 316 stainless steel | 316 SS | (S) | (S) Solid Front | (04) ½(4) | Back (B) | Vac./20,000 |
| K 500 Monel(3) | Monel 400 | (P) | (S) Solid Front | | | Vac./30,000 |

**NOTES:**
(1) Liquid-fillable or hermetically sealed when kit 101A202-01 (lower) or kit 101A203-01 (back) is ordered.
(2) For selection of the correct Bourdon system material see the media application table.
(3) Use on applications where NACE MR-01-75 is specified for selection of the correct Bourdon system material.
(4) 30,000 psi range supplied with ¼ high pressure connection, ½ NPT optional.

**HOW TO ORDER:**

45  1279  RS*  **  04L  XXX  0/2000 psi

From Table A, Dial Size: 4½˝ : _____
From Table A, Case Type Number: 1279 _____
From Table B, Bourdon tube and socket: _____
From Table B, Connection: ¼ NPT (02), ½ NPT (04), Lower (L), Back (B) _____
From Optional Features: _____
From Range Table: 2000 psi _____

(*) "S" denotes solid front case design
(**) If liquid filled case, insert code "L"

| GAUGE SIZE | RING O.D. | "A" DIA. | "B" Size of 3 Screws | "C" Size of Washers |
|---|---|---|---|---|
| 4½ | 6.000 (152) | 5⅞ (148) | #10-24 x 1⅝ | ⁷⁄₁₆ x ¹⁄₃₂ x ⅜ |

**ISO 9001**
REGISTERED FIRM
BULLETIN DU-1 1279

All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2013 Rev. 02/13

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft.com

ASH0000383



# 1200 Series Process Pressure Gauges



Type 1259

Type 1279
Duragauge® PLUS™
Pressure Gauge

Type 1279
Duragauge® Pressure
Gauge

## FEATURES

- *Three model types to choose from*
- *Solid front safety cases*
- *Accuracy complies with ASME B 40.1 Grade 2A (±0.5% of span)*
- *Select from various socket and Bourdon tube materials*
- *Micrometer adjustable pointers*
- *Adjustable movement*
- *Ranges: vac. to 20,000 psi including compound*
- *Date coded socket to ensure pedigree*
- *Wetted part material printed on dial*

Ashcroft® 1200 Series pressure gauges provide you with a wide variety of unique features and capabilities to meet your specific process application requirements.

If your application requires standard installation, the rugged Ashcroft® Type 1259 is the economical choice for years of dependable service.

When rigorous pressure media or fire hazards are the norm, choose the popular Type 1279 phenol case Duragauge® pressure gauge.

Add pulsation and vibration, and the Type 1279 Duragauge® PLUS!™ (with patented technology to dampen pointer flutter) will do the job without the need for liquid fill.

For the widest selection of process gauges available…choose Ashcroft®.



**ISO 9001**
REGISTERED FIRM

BULLETIN PGQG-1

All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2009 09/09

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft .com

ASH0000384



the **Ashcroft® 1200 Series** family of process gauges



**Type 1259 Process Gauge**



**Type 1279 Duragauge® Process Gauge**



**Type 1279 Duragauge® PLUS!™ Process Gauge**

## FEATURES

- Solid front thermoplastic case
- Accuracy complies with ASME B 40.100 Grade 2A (±0.5% of span)
- As-welded Bourdon tube controls stress for safety and longer life
- Easily adjustable, self-locking micrometer pointer
- 300 series stainless steel movement
- Ranges: vac. to 20,000 psi
- Date coded socket to ensure pedigree
- Liquid fillable case for pulsation and vibration applications
- 1 year warranty

## FEATURES

- Solid front burn-resistant phenol case
- Accuracy complies with ASME B40.100 Grade 2A (±0.5% of span)
- 4½″ full-size Bourdon tube
- Patented Duratube™ with as-welded-tube construction controls stress for safety and longer life
- "Round Cap Tip" construction lowers stresses for longer life
- Exclusive Teflon coated 400 Series stainless steel rotary movement for longer life
- Easily adjustable, self-locking micrometer pointer
- Epoxy-coated system for superior corrosion resistance
- 10 year system warranty

## FEATURES

- Solid front burn-resistant phenol case
- Accuracy complies with ASME B40.100 Grade 2A (±0.5% of span)
- 4½″ full-size Bourdon tube
- Patented Duratube™ with as-welded-tube construction controls stress for safety and longer life
- "Round Cap Tip" construction lowers stresses for longer life
- Easily adjustable, self-locking micrometer pointer
- Exclusive Teflon coated 400 Series stainless steel rotary movement for longer life
- Patented PLUS!™ Performance:
  - Liquid-filled performance in a dry gauge
  - Fights vibration and pulsations without liquid-filled headaches
  - Order as option XLL
- Epoxy-coated system for superior corrosion resistance
- 10 year system warranty

| Specifications | | | |
|---|---|---|---|
| Accuracy | ±0.5% of Span (ASME B 40.1 Grade 2A) | ±0.5% of Span (ASME B 40.1 Grade 2A) | ±0.5% of Span (ASME B 40.1 Grade 2A) |
| Dial Size | 4.5″ | 4.5″ | 4.5″ |
| Case Style | Solid Front With Liquid Filling Option | Solid Front With Liquid Filling Option | Solid Front With PLUS!™ Option |
| Case Material | Polypropelene | Phenol | Phenol |
| Ring Type | Cam-Lock Fiberglass Reinforced Thermoplastic | Threaded Fiberglass Reinforced Thermoplastic | Threaded Fiberglass Reinforced Thermoplastic |
| Bourdon Tube Material | 316 Stainless Steel, Monel | Bronze, 316 Stainless Steel, Monel | Bronze, 316 Stainless Steel, Monel |
| Socket Material | 316 Stainless Steel, Monel | Brass, Steel, 316 Stainless Steel, Monel | Brass, Steel, 316 Stainless Steel, Monel |
| Connection Size & Location | ¼ NPT or ½ NPT | ¼ NPT or ½ NPT | ¼ NPT or ½ NPT |
| Ranges | Vacuum to 20,000 psi Including Compound | Vacuum to 20,000 psi Including Compound | Vacuum to 20,000 psi Including Compound |
| Mounting | Stem, Surface, Flush | Stem, Surface, Flush | Stem, Surface, Flush |
| Window | Glass | Glass | Glass |
| Pointer | Micrometer Adjustable | Micrometer Adjustable | Micrometer Adjustable |
| Options | | | |
| Glycerin Fill Case | Temp. Limits: 0°F to +250°F, −18°C to +121°C | Temp. Limits: 0°F to +250°F, −18°C to +121°C | — |
| Silicone Fill Case | — | Temp. Limits −40°F to +250°F, −40°C to +121°C | — |
| Halocarbon Fill Case | — | -50° F to +250°F, −45°C to +121° C | Plus is suitable when halocarbon fill is required |
| Hermetically Sealed | Available | Available | Available |
| Flush Mounting Ring | Available | Available | Available |
| Shatterproof Glass | Available | Available | Available |
| Glycerin Fill | Temp. Limits: 0°F to +250°F, −18°C to +121°C | Temp. Limits: 0°F to +250°F, −18°C to +121°C | — |



**ISO 9001**
REGISTERED FIRM

BULLETIN PGQG-1

All specifications are subject to change without notice.
All sales subject to standard terms and conditions.
© Ashcroft Inc. 2009 09/09

Ashcroft Inc., 250 East Main Street, Stratford, CT 06614 USA
Tel: 203-378-8281 • Fax: 203-385-0408
email: info@ashcroft.com • www.ashcroft .com

ASH0000385





view open positions with Ashcroft.

**Need some help selecting a pressure gauge?**

Need some basic gauge selection criteria? Our easy "Seven Steps To Selecting A Pressure Gauge" will help you...just click here.

**When it's all about the highest possible accuracy...**

Heise® precision pressure gauges, digital indicators and transducers offer state-of-the-art features with accuracies from +/- 0.1% to 0.02% FS. Check out the Heise® instrument line at www.heise.com.

©Ashcroft Inc. • 250 East Main Street • Stratford, CT • 06614 • 800.328.8258

Privacy Policy | Legal Disclaimer

ASH0000415



# IT'S A TOUGH JOB, BUT SOMEBODY HAS TO DO IT!



Type 1279 Duragauge®
Pressure Gauge

Corrosive media, sludge and harmful environments are among the hazards that can damage or destroy your pressure gauges…if they're not built to take it. Only the right design and the best materials can ensure the safety and reliability necessary to take-on the tough applications; qualities you'll find in every Ashcroft® Type 1009 Duralife® and 1279 Duragauge® pressure gauge.

**Type 1009 Duralife® Pressure Gauge**
- Stainless steel case
- ASME Grade 1A
- *PLUS!™* Performance and liquid fill options
- 2½ and 3½ inch dial diameters
- Stainless steel or bronze wetted parts
- Variety of inlet fittings, back or bottom
- Panel mounting option
- Ranges from vacuum to 15,000 psi
- NEMA 4X/IP65 or NEMA 3/IP54 ingress protection

**Type 1279 Duragauge® Pressure Gauge**
- Burn-resistant phenolic, solid front turret case
- ASME Grade 2A
- Exclusive Teflon coated stainless steel rotary movement for longer life
- *PLUS!™* Performance and liquid fill options
- 4½ dial diameter
- Stainless steel, bronze or Monel® wetted parts
- Variety of inlet fittings, back or bottom
- Ranges from vacuum to 30,000 psi
- NEMA 4X/IP65 or NEMA 3/IP54 ingress protection

When the pressure fluid is especially caustic, add an Ashcroft®
**Type 100 Diaphragm Seal** media isolator for complete protection.

Type 1009 Duralife®
Pressure Gauge

Type 100
Diaphragm Seal

So when you need a safe pressure gauge that will stand up to all of the elements, let the experts do it for you! To learn more about these and other Ashcroft® products, visit **www.ashcroft.com** or call the Ashcroft *ActionLine®* at 800-328-8258.



**ASHCROFT**
*Measurably Better*

ASHCROFT INC.
250 EAST MAIN STREET
STRATFORD, CT  06614-5145, USA
TEL: 203-378-8281 • FAX: 203-385-0408
email: info@ashcroft.com

ISO 9001
REGISTERED FIRM

    

ASH0000461

# ⬛ASHCROFT® Duragauge®



1279 Duragauge

## Specifications

- .5% F.S. Grade A accuracy
- Dial size: 4 1/2"
- Case: Solid Front, Black Phenolic
- Ring: Threaded reinforced black polypropylene.
- Window: Glass, Acrylic, Laminated Safety Glass
- Ranges: Vac Thru 100,000 Psi Including Compound & Metric
- Pointer: Micrometer adjustable
- 10 year warranty, made in USA

ASH0002268

# Exhibit D

# Industry <u>Exclusive</u> Features…1279 Duragauge®



Teflon Coated Pinion Teeth
For Longer Life

"Round Cap Tip" Construction
For Greater Burst Pressure

Patented Duratube™ Construction
For Longer Life

Epoxy Coating Protects System
From Caustic Environments

400 Series Stainless Movement
Wears Better Than 316 Series
Stainless
For Longer Life

*"Again, We Excel In Specials…Critical For Safety / Flexibility"*

## Longer Life For Reduced Gauge Usage

ASH0002264

## Safety:  Bourdon Tube Integrity Is Critical...

**The Impact Of Application Failure**

* Requires Gauge Replacement
* Process & Environmental
    Contamination
* Injury & Fire

**Contributing Factors**

• Vibration
• Pulsation / Spikes
• Corrosion
• Improper Range Selection
• Improper Operating Temperatures
• Physical Abuse

*"The Gauge Is The **Thinnest** Wall
Between You And Your Process"*

**Safety Requires Gauges Be Properly
Engineered For Specific Applications**

ASH0002265

## Safety Programs:  _Exclusive_ Services...

### Pre-Sales Application Specific Advice
• Only Ashcroft Provides Chemistry Advice For Safety...
   ...Available In-Person, or at www.Dresser.com/instruments
• Tell Us Your Application...We'll Provide A Product Recommendation

### On-Site Safety Assurance Reviews
• Facilities Survey For Misapplications
• Advice Can Reduce Usage Over 20%...And Reduce Safety Risk!
   ..._Typically, 20% of Gauges Are Misapplied!_

Ashcroft Expertise Reduces Safety Risk...
...And Gauge Usage $$$'s

ASH0002266



ASH0002267

# **ASHCROFT®** Duragauge®

## Specifications



1279 Duragauge

- .5% F.S. Grade A accuracy
- Dial size: 4 1/2"
- Case: Solid Front, Black Phenolic
- Ring: Threaded reinforced black polypropylene.
- Window: Glass, Acrylic, Laminated Safety Glass
- Ranges: Vac Thru 100,000 Psi Including Compound & Metric
- Pointer: Micrometer adjustable
- 10 year warranty, made in USA

ASH0002268

## ASHCROFT
### Duragauge® Gauges
# Industry Exclusive Features

## What's the big deal about Bourdon tubes?



If you looked at the side of a Bourdon tube made from <u>seamless tubing</u> under a microscope what would you see?

The surface of the material would have microscopic imperfections from tube manufacturing.

When the bourdon tube bends the imperfections are stressed and start to form cracks.

After many cycles the microscopic cracks get bigger and bigger until the tube fails.



The patented Duratube™ manufacturing process allows the production of bourdon tubes without the imperfections of seamless tubing.

## Less Imperfections Equal Longer Life!

ASH0002269

 **ASHCROFT**™
**Duragauge® Gauges**

## Industry Exclusive Features

### *The Industry Exclusive Duratube™ Bourdon Tube...*

Tubes from the range of 60psi to 400 psi experience the most stress in process gauge service. In order to increase the life of these tubes we developed the Duratube™.



High Stress

↓ Low Stress



High-Stress area on side of tube.

Weld placed in area of lowest stress.

**Seamless Tubes**

- Rough surface finish due to processing will result in stress risers which shorten life.
- Inconsistent wall thickness increases stress.

**Patented Duratube™ Process**

- Smooth surface finish for fatigue resistance.
- Machine welded for high-quality and high-strength.
- The weld is strategically placed in the area of lowest stress.

### Duratube™...Engineered For Longer Life

ASH0002270

# Duratube

Here are some key points on the advantages of the Duratube™ over seamless tubing:

- The drawing process for seamless tubing results in inclusions, scratches, and other stress risers on the inside surface of the tube. This reduces the life of the tube under pulsation and causes greater variability in tube life under pulsation.
- The wall thickness tolerance for seamless tube is almost always greater than it is for the Duratube, because Duratubes are made from rolled, flat stock. The Duratube is made with the most consistent material a business can buy.
- The Duratube is sealed using an automated, fully penetrated TIG weld. This weld is checked for integrity 100% as the weld is taking place, and the resultant material at the weld is essentially the same thickness of the parent material. This is a process that Ashcroft engineers have perfected over decades of experience.
- The seam on the Duratube is placed at the lowest stress area of the tube when it is bent into the bourdon tube.

ASH0002271



ASH0002272

**ASHCROFT**
**Duragauge® Gauges**

## Industry Exclusive Features

## What about the rest of the system?



**System**

- Duratubes™ on 60psi to 400psi ranges.
- Extra strong back plate for secure connection between socket and gauge.
- All systems are coated with corrosion resistant epoxy.
- Duragauge® systems are leak-tested 1.5x range and stress relieved.
- 10 yr. System Warranty.

**A Better System**

ASH0002273



## Duragauge® Gauges

# Don't forget about the movement...



### Movement
- Parts under high wear are coated with Teflon.
- Series 400 St.St. construction offers higher quality machined surfaces for longer life than 316 St.St.
- All load-bearing surfaces are ball-burnished for a smooth accurate wear resistant finish.

**A Better Movement**

ASH0002274

*Ashcro ft® Duragauge® PLUS! &
PLUS!™ Performance Family…
Another Industry First!*





ASH0002275

### *The Industry-Wide Problem...*

* Pulsation and Vibration Reduce Gauge Life and
  Make Gauges Hard To Read

* Liquid-Filled Gauges Were 'Invented" to Solve This
  Problem

* Customers Lived With The Headaches Of Liquid-
  Filled Gauges Because There Was No Better
  Way...*Until Now*

**There Was No Alternative
To Liquid-Filled Gauges...Until Now!**

ASH0002276

## *Finally... Liquid Filled Performance in a Dry Gauge*

## *The Breakthrough*

*The Patent Pending Ashcroft® **PLUS!** Performance Family Of Gauges Utilize A **Unique Cartridge** to Surround The Pinion With an **Engineered Dampening Agent** To Dynamically Dampen The Pointer and Movement.. Thereby Providing A Dry Gauge Which Acts Liquid-Filled!*

*Announcing PLUS!™ Performance ...The Dry Gauge That Acts Liquid-Filled*

ASH0002277

## *Benefits vs Liquid-Filled Gauges...*

- Fights Vibration & Pulsation Without Liquid's Headaches
- Saves Money
  - Lower Purchase Price Than Liquid Filled Gauges
  - Eliminates Costly Specialty Fills
  - Allows Easy Standardization To Reduce Mis-Applications
- No Liquid… No Leaks!
- Easier to Read… Eliminates Liquid Fill Lines
- Easier to Recalibrate
- Wider Ambient Temperature Range Than Glycerin
- Eliminates Disposal & Environmental Issues

*Save Money & Headaches*

ASH0002278

## *Benefits vs Dry Gauges...*

- Fights Vibration & Pulsation
- Steady Pointer...Easier to Read
- 100% Longer Life Gauges...Reduce Purchases by 50%

Severe Vibration Test  Till Accuracy Failure (e.g.1/2% accuracy shift)

| | |
|---|---|
| Brand U | 39 Hours |
| Brand W | 41 Hours |
| **Ashcroft** | 78 Hours |

*50% Savings*
*PLUS!™ Performance*

Note: The above data reflects Duragauge® *PLUS!* Testing  Other *PLUS!* Family Products Tested Experienced Longer Relative Life vs Competitors.

### *Twice The Life...*
### *Reduce Purchases by 50%!*

ASH0002279

## *Duragauge®PLUS! Awards & Recognition...*



- **"Product of the Year Gold Award in Instrumentation"** - Plant Engineering
- **"Editor's Choice"**
  - Instrumentation & Automation News
- **"Editor's Choice"**
  - Food Manufacturing Magazine
- **"A Breakthrough Product of the Year"**
  - Processing Magazine
- **"Among the Best Products of 1998"**
  - Design News
- **Nine Front Cover Editorials**
  - And Numerous Other Mentions



**Industry Awards & Editorials...**
**...And Beta Customer Excitement**

ASH0002280

## PLUS!™ Performance Specifications...

- **How To Specify**; "Ashcroft Gauge With *PLUS!™ Performance* or Equivalent Liquid Filled Gauge"
- **Case Style**;  Any case style or material.
- **Case Options**;  Dry case is standard.  Hermetically sealed and liquid-filled cases available.
- **Ranges**;  Any available pressure range.
- **Temperature**,  Wide temperature range...Will not migrate at 300ºF or 150ºC
  ,Will not freeze at -40ºF or -40ºC
- **Halocarbon Fill**:  *PLUS!™* Performance gauges <u>can</u> be used instead of Halocarbon fill.
- **Applications**,
  - Any application including those with vibration and pulsation.
  - Can be used with diaphragm seal.
  - Can be used as lower cost alternative to direct drive gauges.
- **Pulsation Devices**;
  - A throttle screw is standard as with liquid filled gauges.
    (Throttle screw must be specified for optimal results [or media identified]).
  - Can be used with any pulsation snubbing device.

---

### *Use X-Variation "XLL" For PLUS!*™ Performance
### For Example, 45 *1279SS* 04L XLL 100psi

---

ASH0002281

# Exhibit E

Appointment

| | |
|---|---|
| **From**: | Wade, Paul [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PAUL.WADE] |
| **Sent**: | 1/31/2012 5:44:42 PM |
| **To**: | Wade, Paul [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Paul.wade]; Reed, Phil [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Phil.reed]; Muldowney, Bill [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Bill.muldowney]; Altieri, Lou [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Lou.altieri]; Urbinati, Gene [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Gene.urbinati]; Lasell-Skirkanich, Nancy [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Nancy.Lasell-Skirkan]; Baker, Jeffrey [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Jeffrey.baker] |
| **CC**: | Divita, Bob [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Bob.divita]; Payne, Jeremy [/O=ASHCROFT/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Jeremy.payne] |
| | |
| **Subject**: | Duragauge Testing Team Charter Review |
| **Location**: | Stratford Conference Room - Engineering - 1st Floor |
| | |
| **Start**: | 2/7/2012 2:00:00 PM |
| **End**: | 2/7/2012 3:00:00 PM |
| **Show Time As**: | Tentative |
| | |
| **Required Attendees**: | Reed, Phil; Muldowney, Bill; Altieri, Lou; Urbinati, Gene; Lasell-Skirkanich, Nancy; Baker, Jeffrey |

All, the Team Charter was updated to reflect this morning meeting.  I've kept the meeting on Tuesday so that Jack can continue to be involved, even though a couple of us have conflicts at this time, I'm hoping we can keep the momentum going.

Paul


All, the purpose of this discussion is to review the Team Charter (attached) for the TESTING AND REPORTING phase of the Duragauge project.

Phil if Jack is available, it would be helpful.

Thanks,  Paul



Team Charter for
Duragauge Testi...

ASH0002488

**ASHCROFT** INC.   **Team Charter**   Define  Measure  Analyze  Improve  Control

## Project : Create a Detailed 1279 Competative Testing Report

### Business Case

There is a 2012 project to provide the Sales team with current performance data on 1279 product. This Team Charter details the steps needed to create the report that will summarize the testing that is being requested by Sales and Marketing.

### Opportunity Statement

Detailed testing on 1279 product has not been performed in over 10 years. The deliverable from this part of the project is to create a test report that will provide Sales, Marketing, and Engineering with current data with which to make decisions.

### Goal Statement and Deliverables

1. Perform product testing as defined by Sales, Marketing and Engineering.
2. Create a detailed report of the testing.

### Project Scope

The project will focus on the testing of dry 1279, and Wika XSel gauges ranging from 30# to 1500#. Tests to be performed are Burst, Proof, Vibration (EN837), and Life testing. This Team Charter details the activities associated with testing of Duragauge 1279 product and the subsequent report ONLY. This is part of a larger project that is being driven by the Sales and Marketing Group.

Note: Life cycle testing will be performed on 100# product only.

### Project Risks

Some of the risks for this project would be equipment breakdown and the time frame in which issues are addressed. Obstacles would be on time delivery of test samples from different suppliers and their condition when received.

### Key Assumptions

Assume that product received for testing is good.
Assume availability of test equipment and resources are available

### Project Plan

| Task/Phase | Start Date | End Date |
|---|---|---|
| Take receipt of gauges | 1/20/12 | 1/20/12 |
| Compile baseline data | 1/23/12 | 1/31/12 |
| Start life cycle testing | 2/1/12 ? | |
| Perform proof pressures | 2/13/12 | 2/14/12 |
| Perform Burst Pressure | 2/15/12 | 2/17/12 |
| Conduct Vibration Testing | 3/1/12 | 3/15/12 |
| Create Report | 3/15/12 | 3/31/12 |

### Team Members

| | |
|---|---|
| **Leader:** | Nancy Lasell |
| **Process Owner :** | Ashcroft |
| | |
| **Core Team :** | Paul Wade |
| | Lou Altieri |
| | Phil Reed |
| | Bill Muldowney |
| | |
| **Expanded Team:** | Jack Conti |
| | Ron Smith |
| | Lou Bregy |
| | Jeremy Payne |
| | Prasad Sastry |
| | Jeff Baker |
| **Sponsored by:** | Gene Urbinati |
| | |
| **Date:** | 1/16/2012 |

ASH0002489

# Exhibit F

**ASHCROFT**

**Duragauge® Pressure Gauge**

Page: DU/PI-25A

**PRODUCT INFORMATION**

## BOURDON TUBE TYPES

Some specifications for pressure gauges unnecessarily restrict design and manufacturing methods. What should be specified of course, is the performance of the gauge. As part of the design process, Ashcroft gauges are rigorously tested for ability to maintain accuracy and pressure boundary integrity while withstanding vibration, pulsation, and other conditions encountered in the field.

Several tests are recommended in ASME B40.100 (Gauges, Pressure Indicating Dial Type – Elastic Element); a document established by a committee representing both gauge manufacturers and users. One of the more important criteria is the fatigue life of the Bourdon tube when subjected to pressure pulsations of 20-80% of scale range. A Bourdon tube for the process industry should withstand at least one million cycles without failure. All Ashcroft Duragauge tubes have successfully passed this test.

There are several requirements for making a robust Bourdon tube, starting with a low stress design, and forming without scratches, sharp corners or other stress intensifiers. There are at least four ways of making the tubing for Bourdon tubes, and good or bad material can result from any one. A brief discussion of each method follows:

**Seamless** – A white hot billet is extruded or pierced into a 2″ to 3″ diameter "tube shell" which must be reduced to the size needed in a long and cumbersome series of drawing and annealing operations. Each one of these steps provides an opportunity to create defects and to make eccentric tubing. The casting and extrusion operations are the most common cause of defects, but drawing and annealing present opportunities for oxidation and excessive grain growth, if proper procedures are not followed. Some specifications require use of seamless tubing, which is no guarantee of satisfactory life.

**Welded and Drawn** – This tubing starts by continuously forming strip into a round tube, which is then welded under inert shielding gas. It is then given a few drawing and annealing operations which homogenize the weld so that it is virtually indistinguishable from the parent metal. Since the tube starts with a strip of consistent thickness, the resulting tube is more concentric than the seamless tube. Strip material is inherently less prone to defects than tubing, and also, both strip surfaces are visible for inspection before forming into the tube.

10-91 / 1-04

© Ashcroft Inc. 1/2006

WI 0015185

**As-Welded** – This tubing is made from annealed strip, similar to welded and drawn, but is not subjected to any further operations – the welded tubing is formed directly into the finished Bourdon tube. The weld is oriented on the lowest stressed area of the Bourdon tube cross-section on the flat, instead of on the edges. Ashcroft holds a patent on this method of manufacture. Strip for the Ashcroft Duragauge, is purchased to stringent specifications, including the tightest thickness tolerance in the industry. The result is the most consistent and concentric tubing available. This tubing is made in our own plant where it is subjected to rigorous quality control testing.

**Bored** – Starting from a cut piece of bar stock, a hole is gun-drilled through the length of the bar, producing a tube. Holding I.D. tolerance, concentricity, and good finish is very difficult and expensive. This method is no longer used by Ashcroft or other major manufacturers.

Regardless of which manufacturing method is used, it is important that the tubing be dimensionally consistent and free of defects. Ashcroft quality control procedures assure conformance to design requirements, from raw material to finished product.

We purchase tubing and strip for Ashcroft Bourdon tubes from reliable domestic mills to our own stringent specifications. Our Purchasing and Quality Assurance departments have visited these plants and audited their procedures. Tubing made by Ashcroft is carefully monitored during welding using recognized, deformation tests. Welding parameters are monitored and logged throughout the production run. Statistical process controls are employed at key points during Bourdon tube forming to assure consistent results.

As mentioned above, one of the basic requirements for good gauge performance is a Bourdon tube with long life. Ashcroft Bourdon tubes and gauges are continually being tested in our laboratories. In one ongoing test, no failures have occurred in 400 psi as-welded stainless steel Bourdon tube gauges after 70 million cycles at 20-80% of scale range.

© Ashcroft Inc. 1/2006