UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WIKA INSTRUMENT I, LP, f/k/a WIKA INSTRUMENT CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>ASHCROFT, INC.,<br><br>       Defendant. | CIVIL ACTION NO.<br><br>1:13-CV-43-CAP |

**O R D E R**

This matter is before the court on the parties' five motions to exclude expert testimony [Doc. Nos. 91, 92, 94, 96, and 97] and a motion for oral argument filed by Ashcroft, Inc. [Doc. No. 101].

The court will consider the motions to exclude under the standards of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) after an evidentiary hearing.  The hearing will be conducted in Courtroom 2307 beginning on January 7, 2015, at 10:00 a.m. and continuing through January 9, 2015, at 5:00 p.m.  The parties are required to have the witnesses available to testify at the hearing.  The court will allow the parties to offer oral argument regarding the pending motions for summary judgment [Doc. Nos. 98, 99, and 100] in any time remaining

following the completion of the evidentiary hearing on the motions to exclude. Accordingly, the court GRANTS the request for oral argument [Doc. No. 101].

**SO ORDERED** this 14th day of October, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge