UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WIKA INSTRUMENT I, LP, f/k/a WIKA INSTRUMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASHCROFT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil File No. 1:13-cv-00043-CAP<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED]
CONSENT ORDER REGARDING
EXPERT TESTIMONY OF ROBERT A. HUTCHINS**

This matter having come before the Court on the Joint Stipulation and Consent Order Regarding Expert Testimony of Robert A. Hutchins, the Parties having stipulated hereto, for the reasons sets forth in the Parties' request, and for good cause shown, it is hereby **ORDERED** that:

a. The motion of Ashcroft, Inc. to exclude certain expert testimony of Mr. Hutchins (Dkt. No. 191) is hereby WITHDRAWN;

b. As to the opinions sought to be excluded by Ashcroft in its motion, this Court shall permit Mr. Hutchins at trial to offer his opinions regarding the amount of domestic and/or international profits Ashcroft earned on the relevant products during the relevant time frame;

c.  This Court shall not permit Mr. Hutchins at trial to offer any opinion that Ashcroft should be found liable under the Lanham Act;

d.  Specifically, Mr. Hutchins shall not state at trial that he was engaged by WIKA to "analyze the monetary compensation that WIKA is entitled to as a consequence of [Ashcroft's] alleged false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)," nor shall Mr. Hutchins offer any legal conclusion or expert opinion at trial regarding whether WIKA is "entitled to" monetary compensation as a consequence of Ashcroft's alleged false advertising;

e.  This Consent Order shall in no way limit Mr. Hutchins' testimony relating to the opinions that Ashcroft has not sought to exclude in its motion.

**SO ORDERED**, this 12th day of JANUARY, 2015.

/s/CHARLES A. PANNELL, JR.
Hon. Charles A. Pannell, Jr.
United States District Judge
Northern District of Georgia

2