UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WIKA INSTRUMENT, LP, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:13-CV-00043-CAP |
| ASHCROFT, INC., | |
| Defendant. | |

## O R D E R

After hearing arguments from both parties on certain pending motions, the court makes the following rulings:[1]

1. Motion in Limine to Exclude Testimony from Previously Undisclosed Witnesses [Doc. No. 212]: The court DENIES in part and GRANTS in part this motion. The court DENIES the motion to exclude Steve Culmone as a rebuttal witness.[2] The court GRANTS the motion to exclude Thomas Olmsted from testifying at trial. The parties have agreed to the following: (1) Vince Karls will be removed as a trial witness; (2) Richard Gordon's testimony will be limited to the testimony offered in his affidavit; and (3)

---

[1] Denial of a motion in limine is a preliminary ruling; it does not mean the evidence will be admitted at trial. However, the moving party must raise its objection to introduction of the subject evidence at trial in order to preserve the objection.
[2] Ashcroft may call Steve Culmone only as a rebuttal witness.

AWC's Keeper of Records will not be required to testify to authenticate certain documents.

2. Motion in Limine to Exclude any Evidence Related to Disgorgement of WIKA's Profits and Ashcroft's Claim for Enhanced Damages [Doc. No. 213]: The court GRANTS this motion, but will allow Ashcroft to present evidence outside the presence of the jury to perfect the record for purposes of appeal.

3. Motion in Limine to Exclude all References to Raimund Weissner's Former Designation as an Expert [Doc. No. 214]: The court GRANTS this motion.

4. Motion in Limine to Exclude Evidence and Testimony Related to the Post-Employment Obligations of Jack Clackley [Doc. No. 215]: The court DENIES this motion.

5. Motion in Limine to Exclude Mention of J. Michael Gerster's Termination of Employment from WIKA [Doc. No. 216]: The court DENIES this motion.

6. Motion to Bifurcate Legal and Equitable Issues, or Alternatively, Strike Jury Demand for Equitable Issues [Doc. No. 217]: The court DENIES this motion. However, as agreed by the parties, the court will rule on the amount of attorneys' fees to be awarded under O.C.G.A. § 13-6-11.

7. Motion in Limine to Preclude Plaintiff from Offering Evidence or Argument at Trial Regarding Chevron Indonesia [Doc. No. 220]: The court

DENIES this motion.  WIKA must first present the evidence in question outside the presence of the jury to determine if there is a proper foundation.

8.  Motion in Limine to Preclude Plaintiff WIKA Instrument I, LP from Introducing Hearsay Testimony [Doc. No. 221]:  The court DENIES this motion.

9.  Motion in Limine to Exclude Certain Lay Witness Opinion Testimony [Doc. No. 222]:  The court DENIES this motion.

10.  WIKA's Motion to Amend Proposed Pretrial Order [Doc. No. 315]:  The court GRANTS this motion.

11.  Ashcroft's Motion to Amend Proposed Pretrial Order [Doc. No. 325]:  The court GRANTS this motion.

12.  Motion for Leave to Submit Supplemental Jury Instructions Relating to Equitable Relief [Doc. No. 326]:  The court GRANTS this motion.  The court will allow each party fourteen (14) days to supplement their jury instructions.

The court hereby continues the pretrial conference until March 17, 2016, at 2:00 pm in courtroom 2307.

**SO ORDERED** this 26th day of February, 2016.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge

3