# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-00043-CAP
## WIKA Instrument, LP v. Ashcroft, Inc.
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 04/15/2016.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 5:00 P.M.          COURT REPORTER: Wynette Blathers
TIME IN COURT: 6:30                       DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | J. Clark representing WIKA Instrument, LP<br>Keisha Coleman representing Ashcroft, Inc.<br>Gregory Digel representing Ashcroft, Inc.<br>Catayah Duncan representing Ashcroft, Inc.<br>Catayah Duncan representing WIKA Instrument, LP<br>Christopher Galanek representing WIKA Instrument, LP<br>Brian Leary representing Ashcroft, Inc.<br>Benjamin McGovern representing Ashcroft, Inc.<br>Aiten McPherson representing WIKA Instrument, LP<br>Eric Schroeder representing WIKA Instrument, LP<br>Caroline Tanner representing Ashcroft, Inc.<br>Damon Whitaker representing WIKA Instrument, LP |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Jury Trial continued. Plaintiff called Andrew Firestone, John Reebals (testimony stricken), Rob Hutchins, sworn and testified. Plaintiff's video deposition of John Vuono. Plaintiff's exhibit's: , - admitted. Defendant's exhibit's: 86,83,279,276,277,278,280,91,272, - admitted. Joint exhibit's: 57,41,39,38 - admitted. Stipulated facts read into the record. |
| HEARING STATUS: | Hearing not concluded. Court adjourned until further ordered. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |