IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WIKA INSTRUMENT, LP, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
|  | ) NO. 1:13-cv-00043-CAP |
| ASHCROFT, INC., | ) |
| Defendant. | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that Ashcroft, Inc. ("Ashcroft"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered on July 22, 2016 [Dkt. #427], the Order denying Ashcroft's Motion for Renewed Judgment as a Matter of Law and/or for a New Trial or Remittur [Dkt. #480], the Final Amended Judgment entered on December 21, 2016 [Dkt. #481], and from all adverse judgments and rulings subsumed therein.

Ashcroft has contemporaneously paid the required filing fee to the Clerk as required by Federal Rule of Appellate Procedure 3(e).

This 13th day of January, 2017.

HOLLAND & KNIGHT LLP

*/s/ Caroline J. Tanner*
Caroline J. Tanner (GA Bar No. 392580)
Gregory J. Digel (GA Bar No. 221750)
Keisha O. Coleman (GA Bar No. 844720)
1180 West Peachtree Street, NW, Suite 1800
Atlanta, Georgia 30309
(404) 817-8500 (phone)
caroline.tanner@hklaw.com
greg.digel@hklaw.com
keisha.coleman@hklaw.com

Brian G. Leary (*pro hac vice*)
Benjamin M. McGovern (*pro hac vice*)
10 St. James Avenue
Boston, Massachusetts 02116
brian.leary@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Holland & Knight LLP and Ashcroft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 13th day of January, 2017.

HOLLAND & KNIGHT LLP

*/s/ Caroline J. Tanner*
Caroline J. Tanner (GA Bar No. 392580)
